UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN REM WARRANT OF ARREST                CIVIL ACTION
                                        NO:

**THE PRESIDENT OF THE UNITED STATES OF AMERICA:**

To the Marshal of the District of Massachusetts or his deputies:

**GREETING:**

   **WHEREAS,** the plaintiffs, Charles G. Leporin, et al, have filed a Verified Complaint in the United States District Court for the District of Massachusetts, entitled:

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.
Plaintiffs,

vs.

The S/V DIRECT SAIL, her sails, engines, boilers,
tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA, In Personam,
Defendants.

Upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

   You are therefore commanded to attach the **said S/V DIRECT SAIL** (Official Number: 983900), Her Engines, Tackle, Equipment and Furnishings now located in Fairhaven, Massachusetts in said District, and to detain the same in your custody until further order of the Court respecting the same.

2

Dated at Boston, Massachusetts this day of July 11th, 2005.

*Sarah Allison Thornton*
~~TONY ANASTAS~~, CLERK

*Michelle Rynne*
Deputy Clerk

NOTE: The claimant of property seized hereunder shall file his claim within 10 days after this Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.