UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
    In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
    In Personam,
    Defendants.

PLANTIFFS' MOTION TO APPOINT SUBSTITUTE CUSTODIAN

Now come the plaintiffs, in the above entitled action, by its attorneys, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to allow the **S/V DIRECT SAIL** (Official Number: 983900) to be kept by Fairhaven Shipyard and Marine, Inc., located in Fairhaven, Massachusetts, and that Fairhaven Shipyard and Marine, Inc. be appointed as substitute custodian thereof for the following reasons:

1. Fairhaven Shipyard and Marine, Inc. maintains a marina and shipyard facility in Fairhaven, Massachusetts where the vessel can be provided a suitable berth to ensure its security and safety.

2. The requirement of maintaining a keeper on board the vessel 24 hours a day would serve no useful purpose and would create a substantial expense that would lessen the security of the plaintiffs and others who may intervene.

3. The substitute custodian would free a Deputy United States Marshal or keeper for other matters requiring his personal attention.

4. Fairhaven Shipyard and Marine, Inc. maintains adequate insurance coverage to protect the vessel for damages or loss while in its possession caused by negligence on the part of Fairhaven Shipyard and Marine, Inc.

5. The plaintiffs agree to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the vessel. The plaintiffs also agree to pay for all costs incurred by having the substitute custodian.

**WHEREFORE,** the plaintiffs pray that its Motion to appoint Substitute Custodian be approved forthwith and that this Honorable Court endorse the Order Appointing Substitute Custodian for the **S/V DIRECT SAIL** (Official Number: 983900) attached hereto.

By their attorneys,

CLINTON & MUZYKA, P.C.

Robert E. Collins
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: July 11, 2005