UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails, engines, boilers,
tackle, etc.,
    In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
    In Personam,
    Defendants.

**PLAINTIFFS' EMERGENCY MOTION FOR IMMEDIATE ARREST OF THE S/V DIRECT SAIL (Official Number: 983900)**

Now comes the plaintiffs, in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court pursuant to Rule D of the Supplemental Rules of Admiralty and Maritime Claims for the immediate arrest of the **S/V DIRECT SAIL** (Official Number 983900).

As grounds in support of this motion, the plaintiffs submit the following:

1. The plaintiffs are the holders of a Second Preferred Ship Mortgage on the S/V DIRECT SAIL, a 59' Hinckley sailing yacht, manufactured in 1992.

2. As detailed in the Plaintiffs' Verified Complaint, defendants, Gary Iskra and Deborah L. Iskra, are in default under the terms of the Second Preferred Ship Mortgage.

3. The plaintiffs have a Preferred Lien on the vessel, subject to the First Preferred Ship Mortgage, pursuant to 46 U.S.C. §31301, et seq.

4. The **S/V DIRECT SAIL** is presently located within this district at Nantucket, Massachusetts.

5. Upon information and belief, the vessel has undertaken preparations to leave this district, necessitating the plaintiffs' request for immediate arrest.

**WHEREFORE**, the plaintiffs pray that this Honorable Court grant this motion and issue the In Rem Warrant of Arrest for the **S/V DIRECT SAIL** attached hereto.

By their attorneys,

CLINTON & MUZYKA, P.C.

Robert E. Collins
BBO NO: 555843
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

Dated:   July 11, 2005