UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
      Plaintiffs,

05 11464 DPW

VS.

The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
      In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
      In Personam,
      Defendants.

### ORDER AUTHORIZING THE ISSUANCE OF A WARRANT OF ARREST OF VESSEL

This Court, having reviewed Plaintiffs' Verified Complaint and supporting papers filed by the plaintiffs in the above-entitled action on July 8, 2005, and the Court finding that the conditions for a possessory action under Rule D of the Supplemental Rules for Certain Admiralty and Maritime Claims appear to exist, it is this day

**ORDERED**: that the Clerk shall issue a Warrant of Maritime Arrest, as prayed for in Plaintiffs' Verified Complaint, of the vessel described therein (**S/V DIRECT SAIL** Official Number: 983900); and it is further

**ORDERED:** that any person claiming an interest in aforementioned vessel shall, upon application to the Court and notice to the plaintiffs or their attorneys, be entitled to a prompt hearing at which the plaintiffs shall be required to show why the relief granted herein should not be vacated or other relief granted; and it is further

**ORDERED:** that a copy of this Order be attached to and served with the said Warrant of Arrest.

Dated in Boston, Massachusetts this 11th day of July, 2005.

_____
United States District Court Judge