UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
            Plaintiffs,

VS.                                    05 1149 4 DPW

The S/V *DIRECT SAIL*, her sails, engines, boilers, tackle,
etc.,
            In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
            In Personam,
            Defendants.

## ORDER APPOINTING SUBSTITUTE CUSTODIAN
## FOR THE S/V DIRECT SAIL (Official Number: 983900)

This matter having come before this Honorable Court on

the Plaintiffs' Motion to Appoint Substitute Custodian for

the **S/V DIRECT SAIL** (Official Number: 983900), it is this

day, by the United States Court for the District of

Massachusetts,

**ORDERED** that the United States Marshal for the District

of Massachusetts shall surrender the possession of the

aforementioned vessel to the Tug Jaguar as agent for the

substitute custodian named herein upon executing the warrant

in this action and that upon such surrender the Marshal

shall be discharged from his duties and responsibilities for

the safekeeping of said vessel, and it is further

**ORDERED** that the Tug Jaguar as agent for the substitute custodian transport the vessel to Fairhaven Shipyard and Marina, Inc., Fairhaven, Massachusetts.

**ORDERED** that Fairhaven Shipyard and Marine, Inc. of 50 Fort Street, Fairhaven, Massachusetts be and hereby is appointed the custodian of said vessel to retain the same in its custody for possession and safekeeping until further Order of the Court; and it is further

**ORDERED** that all Marshal's costs shall be paid prior to release of said vessel, and all further custodial costs will be borne by the plaintiffs; and it is further

**ORDERED** that the Captain of the Tug Jaguar, as agent for the substitute custodian must receipt for the vessel and the Marshal must attest to the date and time of release on a certified copy thereof; and it is further

**ORDERED** that the plaintiffs will cause a copy of this Order to be delivered to the aforementioned vessel.

Dated at Boston this _11th_ day of July, 2005.

_Mylia P. Woodlok_

United States District Court Judge

By:

_Michell Eymer_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**IN REM WARRANT OF ARREST**                **CIVIL ACTION**
                                                    **NO:**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA:**

To the Marshal of the District of Massachusetts or his

deputies:

**GREETING:**

    **WHEREAS,** the plaintiffs, Charles G. Leporin, et al, have

filed a Verified Complaint in the United States District

Court for the District of Massachusetts, entitled:

**CHARLES G. LEPORIN, FERDINANDO L. ASSINI,**
**BIL-RAY HOME IMPROVEMENTS**
**AND CONTRACTING CORP. OF BRONX, NEW YORK**
**And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.**
**Plaintiffs,**

**VS.**

**The S/V DIRECT SAIL, her sails, engines, boilers,**
**tackle, etc., In Rem,**
**and GARY ISKRA and DEBORAH L. ISKRA, In Personam,**
**Defendants.**

Upon an admiralty and maritime claim praying that process

issue for the arrest of the vessel or other property that is

the subject of this action;

    You are therefore commanded to attach the **said S/V**

**DIRECT SAIL** (Official Number: 983900), Her Engines, Tackle,

Equipment and Furnishings now located in Fairhaven,

Massachusetts in said District, and to detain the same in

your custody until further order of the Court respecting the

same.

2

    Dated at Boston, Massachusetts this day of July 11th,

2005.

*Sarah Allison Thornton*
~~TONY ANASTAS,~~ CLERK

*Michelle Rynne*
Deputy Clerk

NOTE:    The claimant of property seized hereunder shall
file his claim within 10 days after this Warrant
has been executed, and shall serve his answer
within 20 days after filing of the claim.