| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| [illegible] | [illegible] |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| [illegible] | IN REM |

**SERVE ➡** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

　　　　　DIRECT SAIL

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

　　　　NANTUCKET HARBOR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

[illegible address — Boston, MA]

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

After service and arrest the vessel will be towed to Fair Haven Shipyard for safe keeping.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 617-773-3165   DATE: 2/4/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | [signature] | 07/13/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Ferry Tickets $55.00
Parking   $13.00
125 Miles  34 MILE @ $35.35

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/16/05   Time: 1:50 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 562.55 | 43 | | 708.55 | | |

REMARKS: Tug/Tow delayed received (4:30 PM), Deposited Residence 7:30 am, returned 8:00 PM

---

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN REM WARRANT OF ARREST          CIVIL ACTION
                                  NO:

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or his deputies:

GREETING:

   WHEREAS, the plaintiffs, Charles G. Leporin, et al, have filed a Verified Complaint in the United States District Court for the District of Massachusetts, entitled:

> CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
> BIL-RAY HOME IMPROVEMENTS
> AND CONTRACTING CORP. OF BRONX, NEW YORK
> And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.
>                 Plaintiffs,
>
>                    VS.
>
> The S/V DIRECT SAIL, her sails, engines, boilers,
>              tackle, etc., In Rem,
> and GARY ISKRA and DEBORAH L. ISKRA, In Personam,
>                 Defendants.

Upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

   You are therefore commanded to attach the **said S/V DIRECT SAIL** (Official Number: 983900), Her Engines, Tackle, Equipment and Furnishings now located in Fairhaven, Massachusetts in said District, and to detain the same in your custody until further order of the Court respecting the same.

2

Dated at Boston, Massachusetts this day of July 11th, 2005.

Sarah Allyn Thornton
~~TONY ANASTAS~~, CLERK

_____
Deputy Clerk

NOTE:   The claimant of property seized hereunder shall file his claim within 10 days after this Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.