## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC., <br><br>                Plaintiffs, <br><br>vs. <br><br>The S/V "DIRECT SAIL", her sails, engines, boilers, Tackle, etc., <br>     *In Rem*, <br><br>And GARY ISKRA and DEBORAH L. ISKERA <br>     *In Personam*, <br><br>                Defendants, <br><br>DOLLAR BANK, FEDERAL SAVINGS BANK, <br><br>                Intervenor. | No. 05-11464 DPW <br><br><br><br><br>**ASSENTED TO MOTION TO INTERVENE AS PLAINTIFF** |

Dollar Bank, Federal Savings Bank ("Dollar Bank"), moves this Court for an order that it may intervene as a plaintiff in the above-captioned action as a matter of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure. As grounds for this Motion, Dollar Bank states that it is entitled to intervene as of right because it claims an interest in the subject of the action, in particular, the S/V "Direct Sail", f/k/a "Phantaseas", ("DIRECT SAIL") as further described in the Plaintiffs' complaint; that its interest may be impaired by disposition of the above-captioned action without Dollar Bank's intervention; and that its interest is not adequately represented by the existing parties.

In support of this Motion, Dollar Bank further states as follows:

1.    This action concerns the claims of Charles G. Leporin, Ferdinando L. Assini, Bil-Ray Home Improvements and Contracting Corporation of Bronx, New York and Bil-Ray Aluminum Siding Corporation of Queens, Inc. (collectively, "Bil-Ray") to foreclose on Bil-Ray's second preferred mortgage (the "Second Mortgage") upon the DIRECT SAIL and her appurtenances and collect on the Defendants' obligation to Bil-Ray under a certain promissory note and personal guaranty. Among other things, Bil-Ray seeks a decree against DIRECT SAIL, for the full amount of Bil-Ray's claims, attorneys' fees and costs and that the DIRECT SAIL be condemned and sold free and clear of all liens and encumbrances to satisfy Bil-Ray's claims. To the extent sale proceeds are insufficient to satisfy Bil-Ray's claims, Bil-Ray requests that the Court enter a judgment against Defendants Gary Iskra and Deborah L. Iskra, owners of DIRECT SAIL and mortgagors under the Second Mortgage, for the deficiency.

2.    Dollar Bank has a legally protectable interest in the subject matter of this action by virtue of its first preferred ship mortgage (the "First Mortgage") upon DIRECT SAIL. The First Mortgage secures the Defendants' payment obligations under that certain term loan note dated September 15, 1998 in the amount of $850,000 with a maturity date of October 1, 2013 (the "Note"). Dollar Bank perfected its security interest in DIRECT SAIL in accordance with the provisions of the laws of the United States by duly filing the First Mortgage for record on September 22, 1998 at 2:40 P.M. in the U.S. Coast Guard National Vessel Documentation Center. True copies of the First Mortgage and Note are attached hereto as Exhibits A and B, respectively. As of the date of this Motion, the Defendants Gary Iskra and Deborah L. Iskra owe Dollar Bank approximately $687,226.01 in principle under the Note.

3.    On information and belief, upon Bil-Ray's motion, this Court authorized the issuance of a warrant of arrest of the DIRECT SAIL. On information and belief, on or about

July 11, 2005, the Fairhaven Shipyard and Marine, Inc. of 50 Fort Street, Fairhaven, Massachusetts was appointed custodian of SAIL DIRECT and took possession of SAIL DIRECT shortly thereafter. As a result of the arrest of DIRECT SAIL, Defendants are in default under the First Mortgage and Note.

4. Dollar Bank believes that its interests may not be adequately represented by the existing parties and may be substantially impaired if Dollar Bank is not allowed to intervene. As the senior lienholder, Dollar Bank wants to be fully apprised of all developments in this action, have an opportunity to be heard on all matters affecting its interest and may wish to participate actively, or assume a lead role, in any sales process involving DIRECT SAIL.

5. Bil-Ray has assented to this Motion.

6. Dollar Bank has attached to this Motion its Complaint in Intervention, as required by Rule 24(c) of the Federal Rules of Civil Procedure.

WHEREFORE, Dollar Bank respectfully requests that this Court enter an order granting Dollar Bank's motion to intervene in the above-captioned action as a Plaintiff and such other and further relief as this Court may deem proper and just.

Dated:  August 9, 2005

Respectfully submitted,

DOLLAR BANK, FEDERAL
SAVINGS BANK

By its counsel,

/s/ Peter D. Bilowz_____
Richard M. Zielinski, Esq. (BBO #540060)
Peter D. Bilowz, Esq. (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel.:   (617) 482-1776

and

Eric A. Schaffer, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Tel:    (412) 288-4202

**ASSENTED TO:**

CHARLES G. LEPORIN, FERNINADO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS AND CONTRACTING
CORP. OF BRONX, NEW YORK and BIL-RAY ALUMINUM
SIDING CORP. OF QUEENS, INC.

By their counsel,

_____
Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
Tel:   (617) 723-9165

WHEREFORE, Dollar Bank respectfully requests that this Court enter an order granting Dollar Bank's motion to intervene in the above-captioned action as a Plaintiff and such other and further relief as this Court may deem proper and just.

Dated: August 9, 2005

Respectfully submitted,

DOLLAR BANK, FEDERAL SAVINGS BANK

By its counsel,

Richard M. Zielinski, Esq. (BBO #540060)
Peter D. Bilowz, Esq. (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel.: (617) 482-1776

and

Eric A. Schaffer, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Tel: (412) 288-4202

ASSENTED TO:

CHARLES G. LEPORIN, FERNINADO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK and BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.

By their counsel,

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
Tel: (617) 723-9165

4

GSDOCS\1517252

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC., <br> Plaintiffs | No. 05-11464 DPW <br><br> **COMPLAINT IN INTERVENTION** |
| The S/V "DIRECT SAIL", her sails, engines, boilers, Tackle, etc., <br> *In Rem*, <br><br> And GARY ISKRA and DEBORAH L. ISKERA <br> *In Personam*, <br><br> Defendants, <br><br> DOLLAR BANK, FEDERAL SAVINGS BANK, <br><br> Intervenor. | |

The Complaint of Plaintiff-intervenor, Dollar Bank, Federal Savings Bank, (the Plaintiff") against the S/V "Direct Sail", f/k/a "Phantaseas", ("DIRECT SAIL"), her equipment, parts and accessories, and appurtenances, etc., *in rem*, and against GARY ISKRA and DEBORAH L. ISKRA, *in personam*, in a cause of action for enforcement of a first preferred ship mortgage and of contract civil and maritime, alleges upon information and belief:

### JURISDICTION

1.   All of the following are true and constitute admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and are within the admiralty and maritime jurisdiction of this Court.

1

## THE PARTIES

2. The Plaintiff is a banking institution organized under the laws of the United States with a principal place of business at Three Gateway Center, Pittsburgh, PA 15222.

3. Defendant DIRECT SAIL is a vessel documented under the laws of the United States, having the official number 983900 and weighing approximately 35 gross tons and approximately 31 net tons and was built in 1992 at Southwest Harbor, Maine.  On information and belief, Defendant DIRECT SAIL is currently within the navigable waters of this District and under the custody of Fairhaven Shipyard and Marine, Inc. of 50 Fort Street, Fairhaven, Massachusetts.  Defendants Gary Iskra and Deborah L. Iskra, of Ligonier, Pennsylvania, are owners of DIRECT SAIL.

## FACTS

4. On or about September 15, 1998, Defendants Gary Iskra and Deborah L. Iskra executed a First Preferred Ship Mortgage (the "First Mortgage") encumbering DIRECT SAIL in favor of the Plaintiff as security for the Defendants' payment obligations under that certain term loan note dated September 15, 1998 in the amount of $850,000 with a maturity date of October 1, 2013 (the "Note").  As of the time of the filing of this complaint, Defendants Gary Iskra and Deborah L. Iskra owe the Plaintiff approximately $687,226.01 in principle under the Note.  True copies of the Mortgage and Note are attached hereto as Exhibit A and Exhibit B, respectively.

5. The Plaintiff perfected its security interest in DIRECT SAIL in accordance with the provisions of the laws of the United States.  The First Mortgage was duly filed for record on September 22, 1998 at 2:40 P.M. in the U.S. Coast Guard National Vessel Documentation Center and was assigned the locator number, Book 98-84, Page 177.

3

6. On or about July 11, 2005, certain parties holding a second preferred ship mortgage on DIRECT SAIL (the "Second Mortgagees") filed a complaint against the Defendants for default under the second mortgage. Upon the motion of the Second Mortgagees filed the same date, this Court authorized the issuance of a warrant of arrest of DIRECT SAIL. Pursuant to the warrant of arrest, the United States Marshal for the District of Massachusetts attached and detained DIRECT SAIL. By order of this Court dated July 11, 2005, this Court appointed Fairhaven Shipyard and Marine, Inc. as substitute custodian of DIRECT SAIL pending the Second Mortgagee's action against the Defendants.

7. As of the time of the filing of this complaint, Defendants Gary Iskra and Deborah L. Iskra are in default under the First Mortgage and Note as a result of the arrest of SAIL DIRECT which has remained in effect for more than five (5) Business Days. See Section 2.1(b) of the Mortgage; Section 5(xi) of the Note.

WHEREFORE, the Plaintiff respectfully requests the following:

(a) that process issue in the manner provided by law, upon Defendants Gary Iskra and Deborah L. Iskra citing them to appear and answer under oath the allegations of this complaint;

(b) that the First Mortgage be declared a valid first preferred ship mortgage on the whole of DIRECT SAIL, her equipment, parts and accessories, and appurtenances, including all additions, replacement and improvements thereto, as more fully described in the First Mortgage;

(c) that the Plaintiff have a decree against DIRECT SAIL, her equipment, parts and accessories, and appurtenances, including all additions, replacement and improvements thereto, as more fully described in the First Mortgage, for the full amount of the Plaintiff's claims, attorneys' fees and costs;

(d) that DIRECT SAIL, her equipment, parts and accessories, and appurtenances, including all additions, replacement and improvements thereto, as more fully described in the First Mortgage, be sold free and clear of all liens and encumbrances to satisfy the Plaintiff's claims and that this Court award to the Plaintiff out of the proceeds of any sale the full amount of its claims with preference and priority over all other persons;

(e) that the Court enter a judgment for any deficiency against the Defendants Gary Iskra and Deborah L. Iskra, *in personam*; and

(f) that this Court grant to the Plaintiff such other and further relief as this Court may deem proper and just.

Respectfully submitted,

/s/ Peter D. Bilowz
Richard M. Zielinski, Esq. (BBO #540060)
Peter D. Bilowz, Esq. (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel.:   (617) 482-1776

and

Eric A. Schaffer, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Tel:    (412) 288-4202

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI,<br>BIL-RAY HOME IMPROVEMENTS<br>AND CONTRACTING CORP. OF BRONX, NEW YORK<br>And BIL-RAY ALUMINUM SIDING CORP. OF<br>QUEENS, INC.,<br>　　　　　　　　　　　Plaintiffs<br><br>　　　　vs.<br><br>The S/V "DIRECT SAIL", her sails, engines, boilers,<br>Tackle, etc.,<br>　　　*In Rem*,<br><br>And GARY ISKRA and DEBORAH L. ISKERA<br>　　　*In Personam*,<br><br>　　　　　　　　　　　Defendants,<br>DOLLAR BANK, FEDERAL SAVINGS BANK,<br><br>　　　　　　　　　　　Intervenor. | No. 05-11464 DPW |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the (i) **Assented to Motion to Intervene as Plaintiff** and (ii) **Complaint in Intervention** were sent by first-class U.S. Mail before 5:00 p.m. on August 9, 2005 to all parties in this action at the addresses listed below:

1. Robert E. Collins, Esq.
   Clinton & Muzyka
   One Washington Mall, Suite 1400
   Boston, MA 02108

2. Gary Iskra
   Deborah L. Iskra
   RD 1, Box 299
   Meyers School Road
   Ligonier, PA 15658

3.	Fairhaven Shipyard and Marine, Inc.
	50 Fort Street
	Fairhaven, MA 02719

August 9, 2005

/s/ Peter D. Bilowz, Esq.
Peter D. Bilowz, Esq. (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel.:	(617) 482-1776

Attorney for Dollar Bank