UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "*DIRECT SAIL*", her sails, engines, boilers, tackle, etc.,
    In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
    In Personam,
    Defendants.

### PLAINTIFFS' MOTION FOR COURT TO DESIGNATE NEWSPAPER OF GENERAL CIRCULATION

    Now come the plaintiffs, in the above entitled action, by there attorneys, and move this Honorable Court to designate a newspaper of general circulation where property has not been released within ten (10) days after execution of process, pursuant to Rule C(4) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

    A Warrant of Arrest was issued on July 11, 2005 and execution of process on the vessel S/V DIRECT SAIL was effected on July 15, 2005, and as the vessel, S/V DIRECT SAIL, has not been released in accordance with Rule E(5) of the Supplemental Rules for Certain Admiralty and Maritime

Claims and as claims and answers have not been filed with the Clerk of this Court as of August 11, 2005, the plaintiffs, in accordance with Rule C(4) and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, moves this Court to designate the Boston Globe as the newspaper of general circulation in this district in which notice of the action and arrest in this matter should be published and to direct that notice involved shall advise all interested parties to file claims within ten (10) days of the day of publication answers within twenty (20) days after claims are filed.

**WHEREFORE**, plaintiffs pray this Honorable Court designate the Boston Globe as a newspaper of general circulation.

By their attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Robert E. Collins"**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

Dated:  August 11, 2005