UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. )
ASSINI, BIL-RAY HOME IMPROVEMENTS )
AND CONTRACTING CORP. OF BRONX, )
NEW YORK AND BIL-RAY ALUMINUM )
SIDING CORP. OF QUEENS, INC. )
    Plaintiffs, )
     )
vs. )
     )
THE S/V "DIRECT SAIL", HER SAILS, )
ENGINES, BOILERS, TACKLE, ETC., )
    In Rem )
     )
and GARY ISKRA AND DEBORAH L. ISKRA )
    In Personam )
    Defendants. )
     )

## APPEARANCE OF KEVIN T. SMITH

Now comes Kevin T. Smith and hereby enters his appearance for the Defendants, Gary Iskra and Deborah L. Iskra.

    /S/ Kevin T. Smith
    Kevin T. Smith (BBO# 555507)
    **MASTERMAN, CULBERT & TULLY LLP**
    One Lewis Wharf
    Boston, Massachusetts 02110
    (617) 227-8010

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

I, Kevin T. Smith, hereby certify that I have this day served a copy of the foregoing Appearance of Kevin T. Smith, via first class mail, postage paid upon the following:

    Thomas E. Clinton, Esq.
    Clinton & Muzyka
    One Washington Mall, Suite 1400
    Boston, Massachusetts 02108

    /S/ Kevin T. Smith
    Kevin T. Smith

Date: September 22, 2005