UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPW

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK AND BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.<br>    Plaintiffs,<br><br>vs.<br><br>THE S/V "DIRECT SAIL", HER SAILS, ENGINES, BOILERS, TACKLE, ETC.,<br>    In Rem<br><br>and GARY ISKRA AND DEBORAH L. ISKRA<br>    In Personam<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF KEVIN T. SMITH

Now comes Kevin T. Smith and hereby enters his appearance for the In Rem Defendant, S/V "Direct Sail".

/S/ Kevin T. Smith
Kevin T. Smith (BBO# 555507)
**MASTERMAN, CULBERT & TULLY LLP**
One Lewis Wharf
Boston, Massachusetts 02110
(617) 227-8010

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I, Kevin T. Smith, hereby certify that I have this day served a copy of the foregoing Appearance of Kevin T. Smith, via first class mail, postage paid upon the following:

Thomas E. Clinton, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, Massachusetts 02108

Richard M. Zielinski, Esq.
Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

/S/ Kevin T. Smith
Kevin T. Smith

Date: September 26, 2005

MCT/153558.1