UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPV

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK AND BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.<br>    Plaintiffs,<br><br>vs.<br><br>THE S/V "DIRECT SAIL", HER SAILS, ENGINES, BOILERS, TACKLE, ETC.,<br>    In Rem<br><br>and GARY ISKRA AND DEBORAH L. ISKRA<br>    In Personam<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF JAMES D. MASTERMAN

Now comes James D. Masterman and hereby enters his appearance for the In Rem Defend:
S/V "Direct Sail".

James D. Masterman (BBO# 324000)
MASTERMAN CULBERT & TULLY LLP
One Lewis Wharf
Boston, Massachusetts 02110
(617) 227-8010

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I, James D. Masterman, hereby certify that I have this day served a copy of the foregoing Appearance of James D. Masterman, via first class mail, postage paid upon the following:

Thomas E. Clinton, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, Massachusetts 02108

Richard M. Zielinski, Esq.
Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

James D. Masterman

Date: September 26, 2005

MCT/153557.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. )
ASSINI, BIL-RAY HOME IMPROVEMENTS )
AND CONTRACTING CORP. OF BRONX, )
NEW YORK AND BIL-RAY ALUMINUM )
SIDING CORP. OF QUEENS, INC. )
    Plaintiffs, )
     )
vs. )
     )
THE S/V "DIRECT SAIL", HER SAILS, )
ENGINES, BOILERS, TACKLE, ETC., )
    In Rem )
     )
and GARY ISKRA AND DEBORAH L. ISKRA )
    In Personam )
    Defendants. )
     )

## APPEARANCE OF JAMES D. MASTERMAN

Now comes James D. Masterman and hereby enters his appearance for the Defendants, Gary Iskra and Deborah L. Iskra.

James D. Masterman (BBO# 324000)
MASTERMAN, CULBERT & TULLY LLP
One Lewis Wharf
Boston, Massachusetts 02110
(617) 227-8010

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I, James D. Masterman, hereby certify that I have this day served a copy of the foregoing Appearance of James D. Masterman, via first class mail, postage paid upon the following:

Thomas E. Clinton, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, Massachusetts 02108

Richard M. Zielinski, Esq.
Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

James D. Masterman

Date: September 26, 2005

MCT/153512.1