UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPW

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK AND BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.<br>    Plaintiffs,<br><br>vs.<br><br>THE S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,<br>    *In Rem*<br><br>and GARY ISKRA AND DEBORAH L. ISKRA<br>    *In Personam*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF COUNSEL; LOCAL RULE 7.1

In accordance with Local Rule 7.1 of the US District Court for the District of Massachusetts, counsel hereby certifies that it has attempted to confer with counsel for the Plaintiffs on several occasions regarding the Motion for Partial Release of Property or In The Alternative For An Inspection, filed herewith. By telephone conference on or about September 12, 2005, James D. Masterman, Esq., spoke with Thomas E. Clinton, Esq. Plaintiffs counsel has chosen not to respond to letters of Mr. Masterman dated September 12, 2005, September 21, 2005 and September 22, 2005 as well as a telephone call on September 21, 2005. The letters are attached hereto as Exhibit 1.

                                    Respectfully submitted,
                                    **GARY ISKRA, DEBORAH L. ISKRA**

MCT/153639.1

        AND S/V "DIRECT SAIL"
By his Attorneys,

/S/ Kevin T. Smith
/S/ James D. Masterman
James D. Masterman (BBO# 324000)
Kevin T. Smith (BBO#555507)
**MASTERMAN, CULBERT & TULLY LLP**
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: September 28, 2005

## CERTIFICATE OF SERVICE

I, James D. Masterman, Esq., hereby certify the on September 28, 2005, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Robert E. Collins, Esq.
Thomas E. Clinton, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, Massachusetts 02108
email: rcollins@clinmuzyka.com
email: tclinton@clinmuzyka.com

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
email: pbilowz@goulstonstorrs.com

/S/ James D. Masterman
James D. Masterman

# EXHIBIT 1

## Masterman, Culbert & Tully LLP

One Lewis Wharf
Boston 02110

September 12, 2005

**Via Facsimile and First-Class Mail**

Thomas E. Clinton, Esquire
Clinton & Muzyka
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Re: Charles G. Leporin, Ferdinando L. Assini, et als, Pltfs. v. The S/V Direct Sail, et als, Defts, Dollar Bank, Federal Savings Bank, Intervenor
Civil Action No. 05-11464

Dear Mr. Clinton:

This office represents Gary Iskra and Deborah L. Iskra in connection with the above-referenced matter.

I have been provided with a copy of the Order Authorizing the Issuance of a Warrant of Arrest of Vessel regarding S/V Direct Sail, dated July 11, 2005, Woodlock, J. (US District Court, District of Massachusetts. I understand that the arrest has been effectuated and that the vessel is now held by the sheriff in safekeeping at the Fairhaven Marina.

I ask for your immediate attention to the following two (2) pressing matters:

1. Without seeking to impact the Warrant of Maritime Arrest for the vessel itself, Mr. Iskra would like to gain access to the vessel S/V Direct Sail to take possession of certain items of personal property. Enclosed is a list of those items. It is Mr. Iskra's position that these items are not included in the Ship's Mortgage posted as collateral for the debt which is the subject of the Settlement Agreement dated as of December 23, 2004. I would appreciate it if you would speak with your client about granting us access to the vessel for this purpose and this purpose alone.

MCT/153172.1

*Masterman, Culbert & Tully LLP*

Thomas E. Clinton, Esquire
September 12, 2005
Page 2

    2.    Under the terms of the Limited Guaranty dated December 23, 2004 and made a part of the Settlement Agreement, the limit to Deborah L. Iskra's exposure to a judgment is her interest in S/V Direct Sail. (Limited Guaranty ¶16). The Verified Complaint, however, seeks judgment against Deborah L. Iskra for any deficiency should the "proceeds of the sale of the S/V Direct Sail be insufficient to satisfy the claims." (Verified Complaint ¶7). This is in direct contravention of the agreement reached reflected in the terms and conditions of the Settlement Agreement on which Judgment entered in the ED New York. It is the position of Mr. Iskra that the Verified Complaint should be amended accordingly.

    I would appreciate your inquiring of your client at the earliest, possible convenience as to each of these matters. Our intention is to address these issues by Motion in the event we fail to reach agreement.

    I would also appreciate being provided with a copy of all pleadings including proof of service. All future correspondence shall be to the undersigned on behalf of the defendants Iskra.

    Thank you for your anticipated cooperation.

Very truly yours,

James D. Masterman

JDM:paa
Enclosure
cc:  Mr. Gary Iskra
      Robert E. Dauer, Esquire

MCT/153172.1

*Masterman, Culbert & Tully LLP*

Thomas E. Clinton, Esquire
September 12, 2005
Page 2

## Items of Personal Property

1. Family clothing,
2. charts,
3. folding beach director chairs, wood and aluminum,
4. kayaks,
5. dive equipment,
6. portable radios and GPS handheld,
7. CDs, DVDs, tapes, photos,
8. books,
9. kitchen utensils, dishes, etc.,
10. Fathers' Day stainless, anchor gift,
11. knives, navigation supplies and tools,
12. cosmetics,
13. dinghy and motor,
14. towels, linens, etc.,
15. Binoculars and portable radios,
16. foul weather gear and jackets, shoes, and
17. liquor, food and cleaning utensils.

MCT/153172.1

*Masterman, Culbert & Tully LLP*

TELEPHONE (617) 227-8010
TELECOPIER (617) 227-2630

One Lewis Wharf
Boston 02110

September 21, 2005

**Via Facsimile and First-Class Mail**

Thomas E. Clinton, Esquire
Clinton & Muzyka
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Re: Charles G. Leporin, Ferdinando L. Assini, et als, Pltfs. v. The S/V Direct Sail, et als, Defts, Dollar Bank, Federal Savings Bank, Intervenor
<u>Civil Action No. 05-11464</u>

Dear Mr. Clinton:

I called you this morning as a follow-up to my correspondence dated September 12, 2005. After our conversation of September 10, 2005, it was my understanding that you or Mr. Collins intended to reach out to your client and its lawyers in an effort to facilitate an agreement between the parties as outlined in my letter or permit me to contact them directly. Most pressing is our request for access to personal property which is being held contrary to the December 23, 2004 Settlement Agreement and, in my judgment, would likely be released by Judge Woodlock upon motion.

I would appreciate hearing from you or Mr. Collins today.

Very truly yours,

James D. Masterman

JDM:paa
cc: Richard E. Collins, Esquire (via facsimile and first-class mail)
    Mr. Gary Iskra (via email)
    Robert E. Dauer, Esquire (via email)

MCT/153440.1

*Masterman, Culbert & Tully LLP*

TELEPHONE (617) 227-8010
TELECOPIER (617) 227-2630

*One Lewis Wharf*
*Boston 02110*

September 22, 2005

**Via Facsimile and First-Class Mail**

Thomas E. Clinton, Esquire
Clinton & Muzyka
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Re:  Charles G. Leporin, Ferdinando L. Assini, et als, Pltfs. v. The S/V Direct Sail, et als, Defts, Dollar Bank, Federal Savings Bank, Intervenor
<u>Civil Action No. 05-11464</u>

Dear Mr. Clinton:

I would appreciate the plaintiffs assent to a motion to extend the time to answer *in personam* and state a claim *in rem*.

Very truly yours,

James D. Masterman

JDM:paa
cc:  Richard E. Collins, Esquire (via facsimile and first-class mail)

MCT/153508.1