UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPW

| | |
|---|---|
| CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK AND BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.<br>    Plaintiffs,<br><br>vs.<br><br>THE S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,<br>    *In Rem*<br><br>and GARY ISKRA AND DEBORAH L. ISKRA<br>    *In Personam*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION FOR PARTIAL RELEASE OF PROPERTY FROM ARREST or in the alternative, FOR AN INSPECTION**

Defendants, Gary Iskra and Deborah L. Iskra ("Iskra"), pursuant to F.R.C.P. 8 through 13 and Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for itself and on behalf of the *in rem* Defendant S/V "Direct Sail," a vessel owned by Iskra ("Vessel") (collectively, "Defendants"), hereby moves this Honorable Court for a partial release from Arrest certain personal property of the Defendants Iskra.  As grounds therefor, the Vessel was arrested by Order of Woodlock J., dated July 11, 2005, upon Verified Complaint.  The Vessel was seized by the U.S. Marshall and, according to the Process Receipt and Return dated July 15, 2005, the Vessel was towed to the Fairhaven Shipyard for safekeeping.

At the time of the arrest of the Vessel, there were several items of personal property owned by the Defendants on board.  An itemized list of personal property is attached hereto as

Exhibit 1.  When the Arrest was effectuated, in addition to the Vessel and its "masts, bowsprit, boats, anchors, cables, chains, rigging, tackle, apparel, furniture, and all other necessaries," the personal property was seized as well.  Under the terms of the Mortgage, attached as an exhibit to the Verified Complaint, the Plaintiffs have no interest in the personal property and it should, therefore, be released.

Wherefor, the Defendants request that:

1. An Order enter for partial release of the personal property on the Vessel, itemized in Exhibit 1 attached to this Motion; or

2. In the alternative, for an inspection of all items of personal property on the Vessel; or

3. As this Court may otherwise deem appropriate and just.

**REQUEST FOR ORAL ARGUMENT.**

Respectfully submitted,
**GARY ISKRA, DEBORAH L. ISKRA AND S/V "DIRECT SAIL"**
By his Attorneys,

/S/ Kevin T. Smith
/S/ James D. Masterman
James D. Masterman (BBO# 324000)
Kevin T. Smith (BBO#555507)
**MASTERMAN, CULBERT & TULLY LLP**
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: September 28, 2005

**CERTIFICATE OF SERVICE**

I, James D. Masterman, Esq., hereby certify the on September 28, 2005, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

MCT/153629.1                                    2

Robert E. Collins, Esq.
Thomas E. Clinton, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, Massachusetts 02108
email: rcollins@clinmuzyka.com
email: tclinton@clinmuzyka.com

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
email: pbilowz@goulstonstorrs.com

/S/ James D. Masterman
James D. Masterman

# EXHIBIT 1

Case 1:05-cv-11464-MBB   Document 17-2   Filed 09/28/2005   Page 1 of 2

## Items of Personal Property

1. Family clothing,
2. charts,
3. folding beach director chairs, wood and aluminum,
4. kayaks,
5. dive equipment,
6. portable radios and GPS handheld,
7. CDs, DVDs, tapes, photos,
8. books,
9. kitchen utensils, dishes, etc.,
10. Fathers' Day stainless, anchor gift,
11. knives, navigation supplies and tools,
12. cosmetics,
13. dinghy and motor,
14. towels, linens, etc.,
15. Binoculars and portable radios,
16. foul weather gear and jackets, shoes, and
17. liquor, food and cleaning utensils.