UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.05-11464-DPW

**CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.**
      **Plaintiffs,**
**VS.**

**The S/V *"DIRECT SAIL"*, her sails, engines, boilers, tackle, etc.,**
      **In Rem,**

**and GARY ISKRA and DEBORAH L. ISKRA**
      **In Personam,**
      **Defendants.**

## JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Joint Scheduling Statement.

**I.   DISCOVERY**

The parties propose the following discovery plan:

A. Rule 26(a)(1) Initial Disclosures will be stayed pending this Court's determination of the motion to sell, and if the sale motion is approved, the motion to confirm the sale.

    B. The parties propose that discovery be stayed pending this Court's determination of the motion to sell, and if the sale motion is approved, the motion to confirm the sale.

## II. MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule.

    A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before November 11, 2005.

    B.    Motion To Sell The Vessel filed on or before November 11, 2005.

    C.    Motion To Confirm the Sale to be filed within 30 days of the sale of the vessel.

    D.    A deadline for Dispositive Motions will be set by the court should discovery be resumed. Plaintiff does anticipate filing a Motion For Summary Judgment on any deficiency amount, if the parties are not able to agree on a judgment amount subsequent to the Confirmation of the Sale.

## III. CERTIFICATION

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## IV. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by a Magistrate.

## V. SETTLEMENT

The plaintiff has tendered a written settlement demand to the defendants. Any settlement amount will reduce the amounts owed in the pending suit involving a registered judgment, pending before this Honorable Court, C.A. No. 05-10349-DPW.

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.


Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFFS, by their counsel** | **DEFENDANT, by their counsel** |
| **CLINTON & MUZYKA, P.C.** | **MASTERMAN, CULBERT & TULLY, LLP** |
| | |
| **"/s/ Thomas E. Clinton"** | **"/s/ James D. Masterman"** |
| **Thomas E. Clinton** | **James D. Masterman** |
| **BBO NO. 086960** | **BBO NO. 324000** |
| One Washington Mall | One Lewis Wharf |
| Suite 1400 | Boston, MA  02110 |
| Boston, MA  02108 | (617) 227-8010 |
| (617) 723-9165 | |

**INTEVENOR, by its counsel**
**GOULSTON & STORRS, P.C.**

**"/s/ Peter D. Bilowz"**
**Peter D. Bilowz**
**BBO NO. 651383**
400 Atlantic Avenue
Boston, MA  02110-3333
(617)482-1776



Dated: November 2 2005