UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,     No. 05-11464 DPW
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.,
                 Plaintiffs

The S/V "DIRECT SAIL", her sails, engines, boilers,
Tackle, etc.,
        *In Rem*,

And GARY ISKRA and DEBORAH L. ISKRA
        *In Personam*,

                 Defendants,

DOLLAR BANK, FEDERAL SAVINGS BANK,

                 Intervenor.

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF INTERVENOR DOLLAR BANK, FEDERAL SAVINGS BANK

In accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, intervenor Dollar Bank, Federal Savings Bank hereby certifies that it has conferred with counsel (a) with a view toward establishing a budget for the full course and various alternative courses of this litigation and (b) to consider the resolution of this litigation through alternative dispute resolution programs.

DOLLAR BANK, FEDERAL SAVINGS BANK

_____
By: C. Andrew McGhee, Asst. Gen. Counsel


And by their attorneys,

_____
Richard M. Zielinski, Esq. (BBO #540060)
Peter D. Bilowz, Esq. (BBO #651383)
GOULSTON & STORRS, P. C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776


Dated: November 2, 2005