UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.

    Plaintiffs,

vs.

The S/V "DIRECT SAIL", her sails, engines,
boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,

    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

RUSKIN MOSCOU FALTISCHEK, P.C.

/s/ William A. Ubert
William A. Ubert
East Tower, 15th Floor
190 EAB Plaza
Uniondale, NY 11556

CLINTON & MUZYKA, P.C.

/s/ Robert E. Collins
Robert E. Collins
BBO NO. 555843
One Washington Mall
Suite 1400
Boston, MA 02108
(617)723-9165

Dated: November 2, 2005