UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES G. LEPORIN, FERDINANDO L.
ASSINI, BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX,
NEW YORK AND BIL-RAY ALUMINUM
SIDING CORP. OF QUEENS, INC.
      Plaintiffs,                    CIVIL ACTION NO. 05-11464-DPW

      vs.

THE S/V "DIRECT SAIL", her sails,
engines, boilers, tackle, etc., In Rem
and GARY ISKRA AND DEBORAH L. ISKRA
In Personam
      Defendants.


### ORDER OF RE-ASSIGNMENT TO  MAGISTRATE JUDGE


WOODLOCK, D.J.

On November 3, 2005 the parties executed a Consent to the Exercise of Jurisdiction by a

United States Magistrate Judge.   Accordingly, the above captioned case is hereby ORDERED

re-assigned to Magistrate Judge Marianne B. Bowler  for all pretrial, trial, and post trial

proceedings pursuant to 28 U.S.C. §636(c).  From this date forward the case  number on all

pleadings should be followed by the initials MBB.

Related Miscellaneous Business Docket case number **05-10349** is also transferred to

Magistrate Judge Marianne B. Bowler.

                          By the Court,

                           /s/ Michelle Rynne_____

DATED: November 8, 2005             Deputy Clerk