UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
          Plaintiffs,

VS.

The S/V "DIRECT SAIL", her sails, engines, boilers, tackle,
etc.,
          In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
          In Personam,
     Defendants.

DOLLAR BANK, FEDERAL SAVINGS BANK,
     Intervenor.

## PLAINTIFFS' MOTION TO CHANGE NAME OF SUBSTITUTE CUSTODIAN

This matter involves a foreclosure of a First and Second Preferred Ship Mortgage on the S/V DIRECT SAIL (O.N. 983900).  The Complaint in this matter was filed on July 11, 2005 along with Plaintiff's Emergency Motion for Immediate Arrest of the F/V DIRECT SAIL and a Motion to Appoint Substitute Custodian, Fairhaven Shipyard and Marine, Inc. The order appointing substitute custodian was signed by United States District Judge Woodlock on July 11, 2005. Plaintiffs move this Honorable Court to change the name of the substitute custodian to Fairhaven Shipyard & Marina,

Inc. as of November 30, 2005.  As a basis therefore, plaintiffs state that the marina has been sold and has changed its name.  All other obligations and conditions of the order to appoint substitute custodian remain in effect and are transferred to Fairhaven Shipyard & Marina, Inc. as of November 30, 2005.

By their attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Robert E. Collins"**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

Dated:  November 30, 2005