UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V *DIRECT SAIL*, her sails, engines, boilers, tackle, etc.,
    In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
    In Personam,
    Defendants.

DOLLAR BANK, FEDERAL SAVINGS BANK,
    Intervenor.

**PLAINTIFFS' MOTION FOR EXTENSTION OF TIME
TO SUBMIT JOINT MOTION FOR SALE OF THE VESSEL
AND TERMS OF SALE**

Now come the plaintiffs, in the above entitled action, by their attorneys, and move this Honorable Court for an extension of time in which to submit a Joint Motion for Sale of the Vessel and with the proposed terms of the sale. As a basis therefore, the plaintiff states that the parties have been exchanging drafts, but have, as yet, been unable to agree on a Joint Motion for Sale of the Vessel and the proposed terms of the sale. Plaintiffs pray for an extension up to and including December 1, 2005, in which to

submit said motion and/or advise the Court that the parties are unable to reach an agreement.

By their attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Robert E. Collins"**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

**ASSENTED TO:**

**ATTORNEY FOR INTERVENOR**

_**"/s/ Peter D. Bilowz"**__
**Peter D. Bilowz**
**BBO NO: 651383**
**GOULSTON & STORRS, P.C.**
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated:  November 30, 2005