UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-11464-DPW

| | |
|---|---|
| CHARLES G. LEPORIN, et al. | ) |
|     Plaintiffs, | ) |
| | ) |
|     vs. | ) |
| | ) |
| THE S/V "DIRECT SAIL", her sails, | ) |
| engines, boilers, tackle, etc., | ) |
|     *In Rem* | ) |
| | ) |
| and GARY ISKRA AND DEBORAH L. ISKRA | ) |
|     *In Personam* | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**JOINT MOTION FOR DETERMINATION OF TERMS OF SALE AND FOR AN ORDER FOR THE SALE OF THE VESSEL, S/V "DIRECT SAIL"**

Now come the parties to the above-captioned matter and jointly move pursuant to F.R.C.P. 8 through 13 and Rule E(9) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for a determination of the terms of sale and for an Order for the sale of the S/V "Direct Sail." As grounds therefor, the Vessel was arrested by Order of Woodlock J., dated July 11, 2005, upon Verified Complaint. The Vessel was seized by the U.S. Marshall and towed to the Fairhaven Shipyard for safekeeping where it remains as of the date hereof. The parties have attempted to reach agreement on the terms of the sale without success. The parties now seek this Court's determination of the terms of sale.

Before a hearing is convened, the parties may submit in writing the proposed terms of the sale urged upon this Court by each respective party.

Wherefor, the parties request that:

MCT/156465.1

1.  An Order enter for the terms of sale of the S/V Direct Sail; and

2.  As this Court may otherwise deem appropriate and just.

## REQUEST FOR ORAL ARGUMENT

The parties request that a Hearing be set on this matter for either January 2, 2006 or January 3, 2006 or on the earliest date this Court may find convenient.

Respectfully submitted,

| | |
|---|---|
| **CLINTON & MUZYKA, P.C.** | **MASTERMAN, CULBERT & TULLY LLP** |
| **"/s/Robert E. Collins"** | **"/s/James D. Masterman"** |
| **Robert E. Collins** | **James D. Masterman** |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |
| **BBO NO: 555843** | **BBO NO. 324000** |
| One Washington Mall | One Lewis Wharf |
| Suite 1400 | Boston, MA 02110 |
| Boston, MA  02108 | (617) 227-8010 |
| (617) 723-9165 | |

**GOULSTON & STORRS, P.C.**

**"/s/Peter D. Bilowz"**
**Peter D. Bilowz**
**Attorney for the Intervenor,**
**Dollar Bank, Federal Savings Bank**
**BBO NO. 651383**
400 Atlantic Ave.
Boston, MA 02110
(617) 482-1776

Dated: December 15, 2005