UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

----------------------------------------------------x
::
CHARLES G. LEPORIN, et al.  :
    Plaintiffs,  :
:
v.  :
:
The S/V "*DIRECT SAIL*", her sails,  :
engines, boilers, tackle, etc., In Rem,  :
and GARY ISKRA and DEBORAH L.  :
ISKRA, In Personam,  :
    Defendants,  :
:
DOLLAR BANK,  :
FEDERAL SAVINGS BANK,  :
    Intervenor.  :  **Expedited Determination Requested**
:
----------------------------------------------------x

## ASSENTED-TO MOTION TO CONTINUE
## THE HEARING ON DETERMINATION OF TERMS OF SALE

Intervenor, Dollar Bank, Federal Savings Bank, ("Dollar Bank") hereby moves this Court to continue the hearing on determination of the terms of the sale of the S/V Direct Sail, and in support thereof, states as follows:

1. On December 15, 2005, the parties filed their Joint Motion for Determination of Terms of Sale and for an Order for the Sale of the Vessel, S/V "Direct Sail." As discussed therein, the purpose of the Joint Motion was to have the Court resolve certain disagreement with respect to the terms of, and proposed procedures regarding, the sale of the S/V Direct Sail.

2. At the time that Defendant's counsel, James Masterman proposed filing a joint motion to schedule a hearing to resolve any disputes among the parties regarding sale procedures, it was agreed by all parties that the hearing should be scheduled no earlier than January 3, 2006 due to the fact that the undersigned counsel would be out of state during the period December 19, 2005 through and including January 2, 2006 for a vacation planned many months ago. The Joint Motion suggests January 3, 2006 for a hearing, but perhaps inadvertently (and not with the consent of the undersigned) also proposed "the earliest date this Court may find convenient."

3. This afternoon, December 16, 2005, the Court scheduled a hearing on the sale procedures for December 22, 2005 at 10 a.m. As mentioned, the undersigned will be out of state that entire week and the following week.

4. Given the importance of the sale procedures and the undersigned's knowledge of and participation in the case, Dollar Bank respectfully requests that the Court continue the hearing date on the sale procedures to January 3, 2006 or such date thereafter that the Court may find convenient so that the undersigned may be able to attend the hearing. This afternoon, December 16, 2005, the undersigned attempted, but was unable to reach the Clerk regarding this matter.

5. The undersigned has conferred with Mr. Masterman who assented to the continuance. The undersigned was unable to reach Mr. Collins, counsel for the Plaintiffs.

6. Given the original intent of the parties in assenting to the Joint Motion was to have the matter heard the week of January 3, 2006, Dollar Bank respectfully submits that no party is prejudiced by the requested continuance.

GSDOCS-1439024-1
GSDOCS\1566461.1 12/16/2005 7:06 PM

**WHEREFORE**, Dollar Bank respectfully requests that the Court continue the hearing in this matter, currently scheduled for December 22, 2005 at 10 a.m., to January 3, 2006 or such date thereafter that the Court may find convenient.

DOLLAR BANK, FEDERAL SAVINGS BANK

By its attorneys,

Dated: December 16, 2005

/s/ Peter D. Bilowz
Peter D. Bilowz (BBO #651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
Tel 617/482-1776
Fax 617/ 574-4112
pbilowz@goulstonstorrs.com

### CERTIFICATE OF SERVICE

I, Peter D. Bilowz, hereby certify that on this 16th day of December, 2005, I caused to be served a copy of the foregoing motion, via e-mail and ECF notification, upon the attorneys for the Plaintiffs and Defendants.

/s/ Peter D. Bilowz