UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails,
engines, boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA,
In Personam,
    Defendants,

DOLLAR BANK, FEDERAL SAVINGS BANK,
    Intervenor.

## AFFIDAVIT OF PLAINTIFFS' ATTORNEY IN SUPPORT OF MOTION TO CONFIRM SALE

I, Robert E. Collins, upon oath, do depose and state as follows:

1. I am one of the attorneys for plaintiffs, Charles G. Leporin, et als, in the above captioned action, and makes this Affidavit for and on behalf of Intervenor, Dollar Bank, Federal Savings Bank, in support of this Motion for Confirmation of Sale.

2. Pursuant to the Amended Order of Interlocutory Sale entered in this case on April 18, 2006, directing sale of the vessel S/V DIRECT SAIL (O.N. 983900), her

engines, machinery, masts, anchors, etc. on April 19, 2006 as required by law and did publish notice of the sale in The Boston Globe, a newspaper with general circulation and did so publish said notice four (4) times on four (4) consecutive weeks all prior to said sale. Additionally, I attach herewith copies of the Advertisement in Yachting Magazine for March, 2006 and Soundings Magazine for April, 2006. Also, the ad in the on-line Soundings Magazine ran for March and April, 2006.

3. That the sale was conducted by U.S. Marshal Steven Donaher at 10:00 a.m. at Fairhaven Shipyard in Fairhaven, Massachusetts, as directed by the Amended Order of Interlocutory Sale and in accordance with the published notice.

4. During a three (3) week period prior to the date of said sale, I received telephone inquiries from several individuals concerning the sale of the vessel. In particular, Andrew Savage arranged for a survey of the vessel on April 14, 2006 and personally attended the vessel on Patriot's Day, April 17, 2006. Mr. Savage was present at the Marshall's Sale and was an active bidder. Further, Mr. James Barrington made a telephone inquiry regarding the vessel and also personally inspected the

FROM Case 1:05-cv-11464-MBB Document 35 (THU) APR 27 2006 17:27/ST. 17:27/NO. 6887455806 P 4
Filed 04/27/2006 Page 3 of 8

3

vessel on April 18, 2006. Mr. Barrington and his wife also attended the Marshall's Sale and was an active bidder.

5. I was present and observed the Marshall's Sale. I observed seven (7) persons in attendance, and observed the bidding. No bids were entertained at the level of $700,000.00, the reserve as agreed to at the hearing before this Honorable Court on April 13, 2006.

6. Pursuant to the Amended Order for Interlocutory Sale, the sale proceeded thereafter without a reserve. The sale bidding commenced at $200,000.00 and proceeded on intervals of $25,000.00 and $50,000.00 until the last bid at the level of $390,000.00. Thereafter Attorney Bilowz on behalf of Dollar Bank, Federal Savings Bank, bid $400,000.00. No further bids were received and the sale was completed at the level of $400,000.00.

7. Since said sale, I have received no objections from any party contending that the sale was no adequately advertised or that the vessel had a current market value substantially in excess of the Intervenor's bid.

8. I have secured the opinion of a qualified marine surveyor whose Affidavit is likewise appended to the

FROM Case 1:05-cv-11464-MBB   Document 35   Filed 04/27/2006   Page 4 of 8
(THU) APR 27 2006 10:27/ST. 10:27/No. 6837455806 P 5

4

Motion for Order Confirming Sale that said sale was within or near the value range of Intervenor's bid.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF APRIL, 2006.**

_____
Robert E. Collins

# soundings

**THE #1 SOURCE FOR & WATERFRONT HOMES**

**THE MOST UNIQUE OCEANGOING POWERBOAT IN THE WORLD** P. 38

Real Boats, Real Boaters

## ENGINE SECRETS
### FROM A PRO

## Classified Sailboats 62' - 46'



**(MA) 62' NAUTICAL CUTTER 1985** Bargain Priced World Cruiser: 3-staterooms +crew w/WD hookup; 3-heads; 0-time-rebuilt 125hp Lehman; New: Genset, electronics, glass decks, etc. Old world teak interior; 6'-BU-12'-DN;, Needs: Sails, upholstery, hull repainted/varnished. Over 300k spent last 4-years. Wife divorced because of love affair w/boat. She wants alimony. Son wants college. My loss/your gain. $275,000. 508-776-1128.(COLOR)-2x9. (88638)



**(MA) 59' HINCKLEY SOUTHWEST 59** 1992 Hinckley flag green Awlgrip topsides, stow-away spar with Hood furler, double head stays, 2 speed Lewmar electric, on primaries and secondaries. 3 cabin layout. Interior teak. $1,100,000. 617-723-9165 days.(COLOR)-1x9. (101225)



**(FL) 59' CREALOCK SCHOONER 1983** Mercedes diesel, 56,000 disp. Genset, $279,500, Bob Cook @ 239-877-4094, Edwards Yacht Sales, Quality Listings, Professional Brokers. www.SailboatsInFlorida.com.(COLOR)-1x9. (101227)



**(ME) 57' BRUCE KING/RENAISSANCE-BUILT CUTTER** High quality "Modern-Classic" w/outstanding attention to detail inside/out. Electric stoway mast, diesel engine/generator. Ideal family coastal/offshore cruising-yacht. Bartram & Brakenhoff 401-846-7355.(COLOR)-1x9. (98358)



(FL) 50' CARTER OFFSHORE



**(CT) 59' DUBOIS-DESIGNED WAUQUIEZ PERFORMANCE SLOOP** 1995 Volvo 110hp diesel, Panda 8kW generator. Accepts U.S/European electrical. A/C, 3Xdouble staterooms w/baths. Excellent electronics/equipment. Bartram & Brakenhoff 401-846-7355.(COLOR)-1x9. (98613)



**(CAR) 58' CATANA 581 2004** Highest quality! Absolutely loaded, finest gear, amenities, options. Superbly equipped. "Like New". Replacement cost $2,160,000. Unique value opportunity, special terms! $1,445,000. Lager Yachts 516-767-0141.(COLOR)-1x9. (98760)

**(FL) 58' CAMMENGA 1965/1988 REFIT** Holland built ketch motorsailor; 3/8 steel hull; Isuzu 150hp eng & 20kw gen; Heart-Inverter, bow thruster; pilot hse, eng rm, 6 cabins, 2-hds; bright spacious, teak interior/decks, awlgrip. REDUCED FOR QUICK SALE! $149,000. 954-728-1278.(B/W)-1x9. (100062)

**(RI) 48' CHERUBINI** Rare beautiful sailing yacht w/elegant raised panel interior & gracefully simple sail plan. 2 SR's, 2 heads, all the important, long-range cruising options; gen & AC. Call N&J, 401-848-5500. (97490)

**(NY) 48' C&C LANDFALL 48 CUTTER** 1982 Quality raised salon pilothouse; Dual station/full controls, Radar, refrig., furler, gen. Fast, comfortable. Upgraded. (2) Avail. $185,000. Lager Yachts 516-767-0141. (98501)

**(ME) 48' HANS CHRISTIAN 48T 1990** Heavy blue water offshore cruiser, ready for the next leg. In excellent condition. $325,000 Great Island Yacht Brokerage 207-729-1639. (100049)

**(CT) 48' JONMERI 482 1989** Custom built by top yard in Finland in 1969. Extensive refit 2001 - near new condition. Exceptionally well cared for without regard to budget. $350,000. RB Rodgers YS, 860-536-7776; www.rodgersyachtsales.com (100302)

**(MD) 46' TAYANA CUSTOM PILOTHOUSE 1993** Large galley/saloon,

**(CT) 47' META "JOSHUA"**, double ender, ketch rigged, Yanmar 45HP steel hull, spruce spars. You can own this classic yacht that has been well cared for. Asking $175,000. Call Garry English @ BYS 203-530-9702. (100651)

**(FL) 47' TRINTELLA 47 2000** Unique, semi custom Ron Holland design with fabulous aft cabin (with centerline queen berth) layout and three staterooms, pilothouse, offshore equipped, 240 mile/day potential, excellent condition, pedigree design and finish. Ready to cruise now. THIS IS A SPECIAL YACHT. Call Little Harbor Yacht Brokers, 401-683-7000. (100649)

**(RI) 47' CATALINA 2000** 2 staterooms, mast furl, 70hp Yanmar 490 hours, electric winch, washer dryer, excellent electronics, includes slip. $265,000. Mike BYS 401-884-1690. (101484)

(OH) 46' J option fo performanc highest star 954-779-73:






Your 43-Foot Exit Stra[tegy]

Shannon 38 SRD

2003 Shannon Shoalsailer 32

2001 Shannon 51 Ketch

1987 Shannon 43 Ketch

FROM Case 1:05-cv-11464-MBB Document 35 Filed 04/27/2006 Page 7 of 8

# Yachting

SINCE 1907

## SUMMER DREAMS
- Cruising the Côte d'Azur
- Best of New England
- 13 Top Charter Yachts
- 10 Hot Destinations

Riva's New 115 Flagship

MARCH 2006





**NO NAME 2006 OUTER REEF 73' • AVAILABLE FOR IMMEDIATE DELIVERY**

OUTER REEF YACHTS USA
BROKERAGE DIVISION

1850 SE 17th ST, #101 • FT. LAUDERDALE, FL 33316 • TEL: 954.767.8305 • E: INFO@OUTERREEFYACHTS.COM • WWW.OUTERREEFYACHTS.COM

## FOR SALE
### 1992 Hinckley 59' Sloop



Perkins 135HP diesel. Westerbeke 10KW 240V Genset; water maker; 2 CruisAir AC, 28K BTU diesel heater. Kevlar/E-glass hull. Awlgrip topsides, stow-away spar with Hood furler, Profurl furlers, Lewmar electric on primaries and secondaries. 3 cabin layout. Teak interior.Raytheon; autopilot, depth sounder, radar, chart plotter and 2 Icom VHF transceivers. Cockpit dodger and bimini; 10' Apex RIB in davits w/15 HP 4 stroke.

### ASKING PRICE: $1,100,000

*The vessel is currently berthed in Fairhaven, MA. Inspections are available, on request, by reservation only, by contacting Robert E. Collins or Thomas E. Clinton, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA at 617-723-9165.*

*Bids for that vessel are due in writing to Robert E. Collins, at the above address, on or before April 12, 2006. The seller will also consider a private sale upon request. If the bids are not accepted and a private sale is not completed, the vessel will proceed to auction on April 19, 2006.*



72' Viking FBMY 1991

FT. LAUDERDALE OFFICE
Contact: Rodney Robertson
(954) 767-0320 • RodYachts@aol.com