UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails,
engines, boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA,
In Personam,
    Defendants,

DOLLAR BANK, FEDERAL SAVINGS BANK,
    Intervenor.

## AFFIDAVIT OF MICHAEL COLLYER IN SUPPORT OF MOTION TO CONFIRM SALE

I, Michael Collyer, upon oath, do depose and state as follows:

1. I am a marine surveyor employed by Marine Safety Consultants, Inc. and, as such have made inspections and valuations of many recreational vessels.

2. That on or about November 28, 2005, I made an examination of the S/V DIRECT SAIL (O.N. 983900) at the request Attorney Robert E. Collins. A copy of the Certificate of Valuation is attached hereto for the review of this Honorable Court.

3.  At the time of my examination, the vessel had a forced liquidation value, in my opinion, at the level $575,000.00.

4.  In my opinion, the Marshal sale price at the level of $400,000.00, although lower than hoped for, was within the range of value to be anticipated at a U.S. Marshall's sale.

5.  I was in attendance at the U.S. Marshal's sale on April 19, 2006, and observed active bidding from seven (7) bidders.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS <u>26th</u> DAY OF APRIL, 2006.**

*[signature]*

Michael L. Collyer



BOSTON OFFICE
10 Mazzeo Drive, Suite 217
Randolph, MA 02368
Tel: 781-963-8445
Fax: 781-963-9598

MAINE/NH OFFICE
400 Commercial St., Suite 4
Portland, ME 04101-4660
Tel: 207-775-7933
Fax: 207-775-7471

# Marine Safety Consultants, Inc.

Tel: (508) 996-4110
Fax: (508 990-2094

26 Water Street   P.O. Box 615

Fairhaven, MA 02719-0615

November 28, 2005
File No.: 05-0778

Clinton & Muzyka, PC
One Washington Mall, 14th floor
Boston, MA 02108

Attn: Attorney Robert E. Collins

### CERTIFICATE OF EVALUATION

| | |
|---|---|
| VESSEL | : S/V DIRECT SAIL |
| OFFICAL NO. | : 983900 |
| OWNER. | : Gary J. Iskra |
| | 1 Hidden Hollow Farm |
| | Ligonier, PA 15658 |
| L.O.A.: | 59'3" |
| L.W.L : | 44'2" |
| BEAM : | 15'6" |
| DRAFT : | 6'5"/12'3" |
| DISPLACEMENT: | 69,000 lbs. |
| BALLAST: | 23,250 lbs. |
| GROSS TONS: | 35 |
| NET TONS: | 31 |
| PROPULSION: | single oil screw by 135 HP Diesel |
| CRUISING SPEED: | 7.5 knots |
| FUEL CAPACITY : | 346 gallons |
| POTABLE WATER : | 500 gallons |
| BUILT: | 1992, Henry R. Hinckley and Company, Southwest Harbor, ME |
| HULL NO.: | HRH59012K192 |

S/V DIRECT SAIL                                                2
File No: 05-0778

THIS IS TO CERTIFY THAT the undersigned surveyor did, at the request of Attorney Robert E. Collins, conduct a survey of the sailing vessel DIRECT SAIL while afloat at Fairhaven Shipyard, Fairhaven, MA on November 2, 2005. The purpose of this survey was to determine the general overall condition and valuation.

The S/V DIRECT SAIL is a flush deck, center cockpit, sloop rigged cruising yacht capable of a offshore passages. The heavily constructed fiberglass hull is hand laid laminate of isophthalic resins with a knit hybrid Kevlar/E-glass fabric. The construction process is by vacuum bagging with 1" Airex foam core. The skin coating is vinylester resin with Hinckley flag green Awlgrip topsides. There is a white boot stripe and a gold leaf sheer stripe.

The deck is a white gelcoat with buff gelcoat non-skid sections and is cored with Klegecell R75 foam. On deck finds generous use of exterior teak highbrows, handrails, and toe rails, which are all varnish coated..

The rigging is by double spreader stow-away spar with Hood Yacht Systems in-mast hydraulic furling system. There are double head stays, each fitted with genoas on Profurl roller furlers. Winches are 2 speed Lewmar electric, on primaries and secondaries.

Propulsion is by a single 6 cylinder diesel auxiliary, being a Perkins 6.3544, 135 HP marine engine providing propulsion through a Hurth model HBW 630 reverse/reduction gear at 2:1 ratio, reportedly fitted with a left handed 3 blade Max-prop, 22"X16".

Electrical power for the vessel is provided by shore service, as well as Westerbeke 3 cylinder marine diesel engine as prime mover for a 10KW 240 volt unit.

Auxiliary equipment included 2 Grunert refrigeration systems; a Sea Recovery SRC600 water maker: 2 CruisAir air-conditioning systems, being a 12,000 BTU unit for the main cabin and a 4,000 BTU unit for the aft cabin; and an Espar model D7L 28,000 BTU diesel-fired cabin heat system.

The vessels interior features three (3) private cabins, with a full head and shower found all the way forward, followed by a port and starboard cabins, each fitted with a bunk and hanging locker, followed by the main salon which features green leather upholstery on horseshoe shaped dinette benches as well as starboard built in sofa.

The galley is found aft in the main salon to the portside, with the navigation station on the starboard side, ahead the pass-through to the aft cabin. The pass-through features a hanging locker and built in bureaus to starboard, with engine room door to portside in the passage.

The aft cabin finds a queen size double berth on the centerline, with bureaus and hanging locker port and starboard sides. A full head with shower is found forward to the portside.

S/V DIRECT SAIL                                              3
File No: 05-0778

Interior finish is by teak plywood, teak veneer and solid teak trim, all brightly varnished. The cabin soles are teak and holly inlay, with fabric headliners.

Navigation systems include a complete array of coastwise navigation equipment, including all Raytheon equipment, including autopilot, depth sounder, radar, chart plotter and 2 Icom VHF transceivers.

Completing the vessels complement is a cockpit dodger with cockpit bimini;. a 10' Apex rigid hull inflatable hung in davits at the stern; 15 HP electric-start four stroke outboard engine stored on the taff rail and cockpit cushions.

## CONDITIONS FOUND

Survey of the S/V DIRECT SAIL while afloat, found the vessel to be in overall very good condition, and appearing fit for its service as intended by the manufacturer.

No systems were operated for the purpose of this survey, although all appeared in good condition. Interior cushions, upholstery, headliner, fit and finish were all found very good to excellent without notable discrepancy.

The vessel has a full complement of equipment, tools, and spare parts so as to be immediately ready for service.

Systems were in the process of being winterized at the time of our survey.

## VALUATION / RATIONALE

In determining the market value of the S/V DIRECT SAIL it is understood that this appraisal includes the hull, structure, furnishings, apparel, equipment, materials, machinery, tools, anchors and other appurtenances pertaining to the vessel as found aboard on the date of the survey.

Given the available information, we have determined our opinion of the fair market value and forced liquidation value of the vessel.

**Market value** is generally the price of the vessel would bring on the open market, that price agreed upon between a willing buyer and a willing seller, with neither being required to act and both having reasonable knowledge of the relevant facts. Twelve to sixteen months of exposure may be required to realize this value.

**Forced liquidation value** is the price likely realized from an auction or similar quick sale, allowing only two months of exposure, or less, to achieve this value.

S/V DIRECT SAIL 4
File No: 05-0778

The values consider a charter-free delivery, free of any liens or encumbrances.

In determining market value, a widely recognized method was utilized to assist us. We sought to identify comparable sales. We attempted to identify comparable vessels either recently sold or listed for sale at this time. The concept of "comparable" being vessels of similar vintage, and serving the same function with capability of being substituted for the S/V DIRECT SAIL. The internet is best suited for this research.

A near sister vessel was found for sale by the builder's own yacht brokerage division, for a current asking price of $950,000.00. It is one year older, with similar equipment, and has recently been maintained by the builder with full maintenance records available. This vessel has received wide exposure for the past six months, and its price has recently been reduced from $1.2 million.

The undersigned conducted research to evaluate market conditions. We found that, while the sale of luxury yachts has remained very strong, the dividing line between buyers for very expensive yachts and those purchasing more modestly priced yachts has widened. Thus, while there are buyers for newer luxury yachts, such as the Hinckley 59 in the 2.5 million dollar range, the used boat luxury market is suffering somewhat, evidenced by the amount of time that the comparable has been on the market

As always, auction sales carry with them the perception that the asset may not have been well maintained over its recent life, causing a significant diminution in realized value. Adding to value is the famous builder, internationally well known as a manufacturer of high quality yachts.

Subject to consideration of the preceding remarks, and considering the age of the vessel, its condition in comparison to vessels of like size, age and service, and in consideration of the current market, the following estimated values are considered appropriate:

**FAIR MARKET VALUE** : $900,000.00

**FORCED LIQUIDATION VALUE** : $575,000.00

This report is based on examination of the vessel, and of those parts, spaces and equipment that could be sighted without removals or operation, and is rendered without bias or prejudice. In accepting same, it is agreed that the extent of obligation of this surveyor, with respect thereto, is limited to furnishing a competent survey, and in the making of this report, this surveyor is acting on behalf of the person or firm requesting same and no liability shall attach to this surveyor, for the accuracy, errors and/or omissions therefore.

S/V DIRECT SAIL                                              5
File No: 05-0778

Naval architecture and marine engineering analysis as usually performed in the design stage of the vessel's construction were not part of this survey and typical subjects such as adequacy of stability and seakeeping were not within the scope of this survey.

                                                Submitted without prejudice,
                                                MARINE SAFETY CONSULTANTS, INC.

                                                Michael L. Collyer
                                                Marine Surveyor

Enclosures:    1. Photographs
                     2. MSC, Inc. invoice