UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails,
engines, boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA,
In Personam,
    Defendants,

DOLLAR BANK, FEDERAL SAVINGS BANK,
    Intervenor.

## AFFIDAVIT OF C. ANDREW MCGHEE VERIFYING BALANCE DUE UNDER PROMISSORY NOTE

I, C. Andrew McGhee, upon oath, do depose and state as follows:

1. In accordance with the Court's Amended Order of Interlocutory Sale entered in this case on April 18, 2006, directing sale of the vessel S/V DIRECT SAIL her engines, machinery, masts, anchors, etc. (official number 983900) (the "DIRECT SAIL"), I make this affidavit verifying the current balance due under that certain term loan note dated September 15, 1998 in the principal amount of $850,000 (the "Note") made by Defendants Gary Iskra and

Deborah L. Iskra in favor of Dollar Bank, Federal Savings Bank ("Dollar Bank").

2. I am Vice President and General Counsel of Dollar Bank, the Intervenor in the above-referenced proceeding and am generally familiar with the Note and the First Preferred Ship Mortgage securing the Defendants' payment obligations under the Note (the "Dollar Bank Obligations").

3. The Defendants are in default under the Note.

4. The current obligations under the Note are itemized as follows:

| | |
|---|---|
| Principal: | $669,969.36 |
| Interest: | 6,186.97 |
| Prepayment Penalty: | 20,099.08 |
| Late Fees: | 192.23 |
| Satisfaction Fee: | 4.00 |
| Attorneys Fees & Costs: | 22,261.98 |
| U.S. Marshal Commission: | 6,015.00[1] |
| Other costs, Advertising: | UNKNOWN |
| TOTAL: | $724,729.42 |

5. After applying Dollar Bank's credit bid of $400,000 to the current balance due under the Note, the

---

[1] Payable at the closing of the Sale.

3

remaining amount due and payable by the Defendants is $320,547.44 plus costs and expenses of the Sale (other than the U.S. Marshal's commission) which have not yet been determined (collectively, the "Deficiency"). The Deficiency is accruing interest at the rate of 5.9% per annum.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF APRIL, 2006.

*/s/ C. Andrew McGhee*
C. Andrew McGhee
Vice President and General Counsel
Dollar Bank, Federal Savings Bank