

U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*

## USMS PUBLIC AUCTION

VESSEL:   S/V DIRECT SAIL

CASE #:   CV-05-11464-DPW

DATE:   Wednesday, Apirl 19, 2006

TIME:   10:00 am

PLACE:   Fairhaven Shipyard
Fairhaven, MA

| 1st BIDDER'S NAME: | Peter Bilown |
|---|---|
| ADDRESS: | Goulston + Storrs PC<br>400 Atlantic Ave<br>Boston, MA |
| PHONE: | 617-574-4128 |
| BID AMOUNT: | $ 400,000 |

| 2nd BIDDER'S NAME: | Andrew Savage |
|---|---|
| ADDRESS: | 25 Flint Street<br>Marblehead, MA |
| PHONE: | 781-639-4778 |
| BID AMOUNT: | $ 390,000 |

_____          4/19/06
USMS Signature                              Date

USMS AUCTION: *S/V DIRECT SAIL*    *CV-05-11464-DPW*        DATE:    Wednesday, April 19, 2006

| | |
|---|---|
| 3rd BIDDER'S NAME: | Kevin McLaughlin |
| ADDRESS: | 50 Fort St. Fairhaven, MA |
| PHONE: | 508-999-1600 |
| BID AMOUNT: | $ 375,000 |

| | |
|---|---|
| 4th BIDDER'S NAME: | |
| ADDRESS: | |
| PHONE: | |
| BID AMOUNT: | $ |

| | |
|---|---|
| 5th BIDDER'S NAME: | |
| ADDRESS: | |
| PHONE: | |
| BID AMOUNT: | $ |

_____        _____
*USMS Signature*                                                *Date*



# U. S. Department of Justice

## United States Marshals Service

*District of Massachusetts*

---

*U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*

## USMS AUCTION

DATE:    Wednesday, April 19, 2006          CASE #:  CV-05-11464-DPW

NAMES OF POTENTIAL BUYERS RE; VESSEL NAME:    __S/V DIRECT SALE__

| | *Print name* | *address* | *telephone #* |
|---|---|---|---|
| 1. | Jim Borkington | 6 Rockland St, Dartmouth MA | 508-993-9535 |
| 2. | Rodger Judar | 92 Summit Dr, Fairhaven MA | 305-968-5163 |
| 3. | Kevin McLaughlin | 50 Fort St, Fairhaven MA | 508-9771160 |
| 4. | Andrew Shunve | 25 Flint St Marblehead | 781-6364778 |
| 5. | Peter Bilow | Goulston +Storrs PC, 400 Atlantic Ave, Boston MA | 617-574-4128 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |

| | |
|---|---|
| Ad Number | 3VTE0060 |
| Client ID: | No 05-11464-DPW |
| Classification: | LEGAL NOTICES |
| Size: | 2x48 |
| Begin Date: | 04/02/2006 |
| End Date: | 04/02/2006 |

/U S MARSHALL SERVICES/
1 COURTHOUSE WAY
SUITE 500
BOSTON, MA  02210

*To place an ad, please call : 617-929-1500 or  email to: classified@globe.com*

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/02/2006 and ending 04/02/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/01/06 4:24 PM

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.
Plaintiffs,

vs.

The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,
Defendants.

NOTICE OF U.S. MARSHAL'S SALE

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108 (617) 723-9165.

TERMS:

A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

United States Marshall

Ad Number    45TE0160
Client:
ID:    No 05-11464-DPW
Classification:    LEGAL NOTICES
Size:    2x48
Begin Date:    04/09/2006
End Date:    04/09/2006

/U S MARSHALL SERVICES/
1 COURTHOUSE WAY
SUITE 500
BOSTON, MA  02210

*To place an ad, please call : 617-929-1500 or email to: classified@globe.com*

# The Boston Globe

## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/09/2006 and ending 04/09/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/08/06 6:47 PM

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.
Plaintiffs,

VS.

The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,
Defendants.

**NOTICE OF U.S. MARSHAL'S SALE**

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108 (617) 723-9165.

**TERMS:**

A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the Intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

United States Marshall

Ad Number       4ATE0070
Client:
ID:             No 05-11464-DPW
Classification: LEGAL NOTICES
Size:           2x48
Begin Date:     04/16/2006
End Date:       04/16/2006

/U S MARSHALL SERVICES/
1 COURTHOUSE WAY
SUITE 500
BOSTON, MA  02210

*To place an ad, please call : 617-929-1500 or  email to: classified@globe.com*

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/16/2006 and ending 04/16/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/15/06 3:16 PM

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.,
Plaintiffs,
vs.
The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,
Defendants.

**NOTICE OF U.S. MARSHAL'S SALE**

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108 (617) 723-9165.

**TERMS:**

A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

United States Marshall