UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
      Plaintiffs,
VS.

The S/V *"DIRECT SAIL"*, her sails,
engines, boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA,
In Personam,
      Defendants,

DOLLAR BANK, FEDERAL SAVINGS BANK,
      Intervenor.

## PLAINTIFFS' MOTION TO DISBURSE FUNDS HELD IN REGISTRY OF COURT

Now come the Plaintiffs, Charles G. Leporin, et. als., in the above-entitled action, by and through their attorney, and respectfully request this Honorable Court to disburse funds held in The Registry of this Honorable Court.

This matter involves the foreclosure sale of the S/V DIRECT SAIL (O.N. 983900). Pursuant to the Order of this Honorable Court, the vessel auction was held on April 19, 2006 and the vessel was purchased by Intervenor Plaintiff, Dollar Bank, Federal Savings Bank for $400,000.00,

consisting of a credit bid pursuant to the Order of this Honorable Court. The sale was confirmed by this Honorable Court on April 28, 2006. At the hearing on the confirmation of the sale, Intervenor Plaintiff Dollar Bank deposited into the registry of this Honorable Court the sum of $47,517.24.

Plaintiff, Charles G. Leporin, et. al. prays this Honorable Court for an Order directing that the funds in the registry of the court be distributed as follows:

> A. <u>Check payable to "Clinton & Muzyka, P.C. as attorneys for Charles G. Leporin, et. al."</u> . . . . . . . . . . $7,687.79
>
> This amount consists of re-payment for the following items:
>
> 1. Marshall Fee for arrest and insurance . . . . . . . . . . . . . . . $ 2,000.00
>
> 2. Marshall Fee for arrest and Insurance . . . . . . . . . . . . . . . $ 2,000.00
>
> 3. Marine Safety Consultants, Inc. for Inventory and survey . . . . . . . . .$   916.79
>
> 4. Marine Safety Consultants, Inc. for Appraisal Survey . . . . . . . . . . $   647.00
>
> 5. Time4Media (advertisement in Yachting)$ 1,976.00
>
> 6. Soundings Magazine. . . . . . . . . . . .$   148.00
>
> A copy of the invoices for said items is attached hereto as Exhibit 1.
>
> B. <u>Check payable to "Fairhaven Shipyard and Marina, Inc."</u> . . . . . . . . . . . . . . . . . . . $39,829.45

3

> This amount constitutes payment for the substitute custodian. A copy of the invoice is attached hereto. The plaintiff notes that the substantive custodian has agreed to discount the late fee, which is noted on the invoice.

**WHEREFORE**, the plaintiff, Charles G. Leporin, et. als., request this Honorable Court Order the Clerk to issue two checks made payable as indicated for distribution from the funds held in The Registry of this Honorable Court.

Respectfully submitted,

**ATTORNEY FOR PLAINTIFF**

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   May 11, 2006

# Marine Safety Consultants, Inc.

Tel: 508-996-4110 • P.O. BOX 615, FAIRHAVEN, MA 02719-0615 • FAX: 508-990-2094

## INVOICE

September 16, 2005

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL
SUITE 1400
BOSTON, MA 02108
Attn:  ROBERT E. COLLINS, ESQ.

Invoice No: 501190
Project No: 05-0776-MWD

Project: S/V DIRECT SAIL
File No: UNKNOWN
D.O.I. : 07/19/05

Dates of Service: July 19, 2005 to September 16, 2005

INTERIM BILLING

For services rendered to open and acknowledge claim; take inventory of above captioned vessel; provide video documentation of items on board and location. Case pends.

| Date | Srvyr | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| **CONDITION SURVEY REPORT** | | | | | |
| 07/20/2005 | MWD | 75.00 | 4.00 | $300.00 | |
| | | | 4.00 | $300.00 | |
| **CONDITION SURVEY** | | | | | |
| 07/19/2005 | MWD | 75.00 | 7.00 | $525.00 | Inventory |
| | | | 7.00 | $525.00 | |
| **STATUS REPORT** | | | | | |
| 09/09/2005 | MWD | 75.00 | 1.00 | $75.00 | |
| | | | 1.00 | $75.00 | |
| | | | 12.00 | $900.00 | |

Total Labor                                                                 $900.00

EXHBIIT "1"

Invoice No: 501190
Project No: 05-0778
Page    2

| | | |
|---|---|---|
| VIDEO TAPE | 07/19/2005 | 16.79 |

Total Expenses $16.79

**Invoice Total** **$916.79**

**NET 30 DAYS**

TAX ID 04-2747901

# Marine Safety Consultants, Inc.

Tel: 508-996-4110 • P.O. BOX 615, FAIRHAVEN, MA 02719-0615 • FAX: 508-990-2094

## INVOICE

November 30, 2005

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL
SUITE 1400
BOSTON, MA 02108
Attn:   ROBERT E. COLLINS, ESQ.

Invoice No: 501588
Project No: 05-0778-MLC

Project: S/V DIRECT SAIL

Dates of Service: November 1, 2005 to November 30, 2005

FINAL BILLING

For services rendered to conduct an Appraisal Survey of the above captioned vessel at Fairhaven, MA and prep Case closed.

| Date | Srvyr | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| **APPRAISAL REPORT** | | | | | |
| 11/11/2005 | MLC | 85.00 | 2.00 | $170.00 | Research |
| 11/29/2005 | MLC | 85.00 | 1.50 | $127.50 | |
| | | | 3.50 | $297.50 | |
| **APPRAISAL SURVEY** | | | | | |
| 11/02/2005 | MLC | 85.00 | 3.50 | $297.50 | Fairhaven Shipyard |
| | | | 3.50 | $297.50 | |
| **PREPARE FILE FOR ATTORNEY** | | | | | |
| 11/03/2005 | MWD | 75.00 | 0.50 | $37.50 | |
| | | | 0.50 | $37.50 | |
| | | | 7.50 | $632.50 | |

Total Labor                                                                                          $632.50

Invoice No: 501568
Project No: 05-0778
Page    2

| | | |
|---|---|---|
| MILEAGE | 11/02/2005 | 2.50 |
| PHOTOS | 11/30/2005 | 12.00 |

**Total Expenses** $14.50

**Invoice Total** $647.00

**NET 30 DAYS**

TAX ID 04-2747901



**Original Invoice**

TIME & LIFE BUILDING   ROCKEFELLER CENTER   NEW YORK, NY 10020

Direct Sai
499-00,

INVOICE NO.: 10347
DATE: 03/01
PAYMENT TERMS: Net 2
DUE DATE: 03/21
PAGE: 1

PAYABLE TO: YACHTING
REMIT PAYMENT TO:
3822 PAYSPHERE CIRCLE
CHICAGO IL 60674

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL
SUITE 1400
BOSTON MA 02108

ADVERTISER: CLINTON & MUZYKA, P.C.

Currency Stated in: US Doll

| Ln | Issue Date | Edition | Space Description | Page | Rate | Net |
|----|------------|---------|-------------------|------|------|-----|
| 1 | 03/01/2006 | NATIONAL | 1 1/4  4C  BROK  NEGOTIATED RATE DISC | 286 | 3,040.00 (1,054.00) | |

Total Due                    USD

ALL ADVERTISEMENTS ARE GOVERNED BY THE TERMS
AND CONDITIONS OF THE APPLICABLE RATE CARD



*[signature]*

**U. S. Department of Justice**

United States Marshals Service
*District of Massachusetts*

John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 1-500
Boston, Massachusetts 02210

March 7, 2006

**RECEIVED**

MAR 0 3 2006

Robert E. Collins
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

CLINTON & MUZYKA, P.

Dear Mr. Collins:

    Re:  S/V "DIRECT SAIL" CV-05-11464-DPW

    I am enclosing a current list of the fees covered for the cost of service for Vessel "DIRECT SAIL" CV-05-11464-DPW

| | |
|---|---:|
| Initial Deposit | $2,000.00 |
| Seizure fee | -708.55 |
| Vessel Insurance fee for July 05 | - 85.00 |
| Vessel Insurance fee for August 05 | -155.00 |
| Vessel Insurance fee for September 05 | -150.00 |
| Vessel Insurance fee for October 05 | -155.00 |
| Vessel Insurance fee for November 05 | -150.00 |
| Vessel Insurance fee for December 05 | -155.00 |
| Vessel Insurance fee for January 06 | -155.00 |
| Vessel Insurance fee for February 06 | -140.00 |
| **Balance** | **$146.45** |

    The marshals shall collect, in advance, sufficient fees to cover the cost of services, a periodically thereafter such amounts as may be necessary to pay such expenses until the liti is concluded.
    Please notice that in the S/V "DIRECT SAIL" CV-05-11464-DPW finance account is no sufficient money to pay the fees to cover the cost of services until the litigation is concluded, therefore, the US Marshals Service requires another deposit of $2,000.00
    Please make check payable to US Marshals Service at the address above. Thank yo your cooperation and assistance in this matter.

Sincerely,

*[signature: Nancy Talauere]*



**The US Marshal will charge the following fees to private litigants for service of Seizure of a Vessel:**

A deposit of $2,000.00 is required to provide the US Marshal with a sufficient advance cover the amount of US Marshals' fees and the following expenses expected to be incurred in executing the process.

1. Service fee- For service of seizing a Vessel, $45.00 per Deputy U.S. Marshal pe hour or portion thereof, plus round-trip mileage.

2. Monthly Admiralty Insurance fee- $5.00 for each day under U.S. Marshal custody, $50.00 minimum premium. This insurance to be obtained is a protection and indemnity type coverage. This insurance covers the U.S. Marsha and the United States only and does not cover anyone else.

3. Publication of Legal Notice in the newspaper- The Newspaper Co. will charge p their line rate.

4. Fee for conducting Sale of Vessel- $45.00 per Deputy U.S. Marshal per hour or portion thereof, plus round-trip mileage. (Public Auction is scheduled Tuesday, Wednesday and Friday).

5. Commission of the total amount of Sale; 3% of the first $1,000.00; 1.5% on the amount in excess of $1,000.00. (USMS is entitled to its commission sold by Public Auction or by credit bid submitted by judgment creditor which constitute "receipt and pay over of money" within the meaning of Federal Civil Judicial Procedure and Admiralty Rule 28 U.S. C.§ 1921.

6. Fee for preparing Bill of sale- $20.00

```
                    FAIRHAVEN SHIPYARD, INC.          PAGE # 1
                         50 Fort Street
                        Fairhaven, MA 02719
                          (508) 995-8591
                        FAX (508) 992-1326
```

Customer ID : 01474 CLINTON & MUZYK                    Work Order

Address        : CLINTON & MUZYKA P.C.
                 ONE WASHINGTON MALL
                 BOSTON, MA 02108

Phone     : ( )  -                              Invoice #   : 923133
Boat ID   : 001489                              Start Date  : 07/15/05
Boat Make : HINKLEY                             Completed   : NO
Boat Name : DIRECT MAIL

| Operation | Date | Part # | Description | Qty | Pri |
|---|---|---|---|---|---|
| 999 | SECURE & CHECK VESSEL DAILY | | | | |
| | 04/04/05 | | CHECK VESSEL | | |
| | 04/05/05 | | CHECK VESSEL | | |
| | 04/10/05 | | CHECK VESSEL | | |
| | 04/11/05 | | CHECK VESSEL | | |
| | 04/13/05 | | CHECK VESSEL | | |
| | 04/14/05 | | CHECK VESSEL | | |
| | 04/15/05 | | CHECK VESSEL | | |
| | 04/19/05 | | CHECK VESSEL | | |
| | 04/20/05 | | CHECK VESSEL | | |
| | 04/21/05 | | CHECK VESSEL | | |
| | 04/24/05 | | CHECK VESSEL | | |
| | 04/25/05 | | CHECK VESSEL | | |
| | 04/26/05 | | CHECK VESSEL ON 04-25-05 AND 04-26-05 | | |

                                                            LABOR :

| 999.1 | 04/01/05 - 04/27/05 DOCK | DOCKAGE | 2,700. |

                                                     OTHER : 2,700.

                                      TOTAL PARTS & LABOR :    0.
                                      TOTAL OTHER & MISC  : 2,700.

EXHIBIT "2"

FAIRHAVEN SHIPYARD, INC.                PAGE # 2
50 Fort Street
Fairhaven, MA 02719
(508) 996-8591
FAX (508) 992-1326

Customer ID : 01474 CLINTON & MUZYK                        Work Order

WORK ORDER PRICE SUMMARY                    CHARGE CUSTOMER SUMMARY
------------------------                    ------------------------

Total Parts          :      0.00            Amount Previously Billed :  36,648.69
Total Labor          :    476.00            Payments Received        :       0.00
Total Other Chgs.    :  2,700.00
Misc. Supplies       :      0.00            Current Charges          :   3,180.76
Equipment Charges    :      0.00            Total Balance Due        :  39,829.45
Freight Charges      :      0.00
Mileage Charges      :      0.00
Sublet Charges       :      0.00
Environ. Charges     :      4.76
Other Charges        :      0.00
Total Labor Disc     :      0.00
Total Parts Disc     :      0.00
Total Haul/Launch    :      0.00
Total Powerwash      :      0.00
Total Laydays        :      0.00
Total Electrical     :      0.00
Sales Tax            :      0.00
                        ----------
                         3,180.76

Fairhaven Shipyard & Marina, Inc.
50 Fort Street
Fairhaven, MA 02719
(508) 996 - 8591

CLINTON & MUZYKA P.C.
ONE WASHINGTON MALL
BOSTON, MA 02108

- - - STATEMENT
Acct No.
--------      --
01474         04

DIRECT SAIL

| Date | Invoice | Description | Charges | Payments |
|---|---|---|---|---|
| 10/28/05 | 921112 | 502931 : WO Billing | 16,119.02 | |
| 11/28/05 | 921402 | 502931 : WO Billing | 5,734.80 | |
| 12/16/05 | 921628 | 502931 : WO Billing | 2,110.00 | |
| 12/30/05 | 921763 | 502931 : WO Billing | 1,772.00 | |
| 01/05/06 | 921869 | Late Fee | 241.78 | |
| 01/31/06 | 922087 | 502931 : WO Billing | 3,814.00 | |
| 02/10/06 | 922306 | 502931 : WO Billing | 1,137.36 | |
| 02/28/06 | 922481 | 502931 : WO Billing | 2,106.03 | |
| 03/16/06 | 922707 | 502931 : WO Billing | 2,312.08 | |
| 03/31/06 | 922844 | 502931 : WO Billing | 1,543.40 | |
| 04/05/06 | 922966 | Late Fee | 491.89 | |
| 04/26/06 | 923133 | 502931 : WO Billing | 3,180.76 | |

Current       30 Days       60 Days       90 Days       Am