# Marine Safety Consultants, Inc.

Tel: 508-996-4110 • P.O. BOX 615, FAIRHAVEN, MA 02719-0615 • FAX: 508-990-2094

## INVOICE

September 16, 2005

CLINTON & MUZYKA, P.C.  
ONE WASHINGTON MALL  
SUITE 1400  
BOSTON, MA 02108  
Attn: ROBERT E. COLLINS, ESQ.

Invoice No: 501190  
Project No: 05-0778-MWD

Project: S/V DIRECT SAIL  
File No: UNKNOWN  
D.O.I.: 07/19/05

Dates of Service: July 19, 2005 to September 16, 2005

INTERIM BILLING

For services rendered to open and acknowledge claim; take inventory of above captioned vessel; provide video documentation of items on board and location. Case pends.

| Date | Srvyr | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| **CONDITION SURVEY REPORT** | | | | | |
| 07/20/2005 | MWD | 75.00 | 4.00 | $300.00 | |
| | | | 4.00 | $300.00 | |
| **CONDITION SURVEY** | | | | | |
| 07/19/2005 | MWD | 75.00 | 7.00 | $525.00 | Inventory |
| | | | 7.00 | $525.00 | |
| **STATUS REPORT** | | | | | |
| 09/09/2005 | MWD | 75.00 | 1.00 | $75.00 | |
| | | | 1.00 | $75.00 | |
| | | | 12.00 | $900.00 | |

Total Labor                                                      $900.00

EXHBIIT "1"

| | | |
|---|---|---|
| VIDEO TAPE | 07/19/2005 | 16.79 |
| Total Expenses | | $16.79 |
| **Invoice Total** | | **$916.79** |

**NET 30 DAYS**

TAX ID 04-2747901

# Marine Safety Consultants, Inc.

Tel: 508-996-4110 • P.O. BOX 615, FAIRHAVEN, MA 02719-0615 • FAX: 508-990-2094

## INVOICE

November 30, 2005

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL
SUITE 1400
BOSTON, MA 02108
Attn: ROBERT E. COLLINS, ESQ.

Invoice No: 501588
Project No: 05-0778-MLC

Project: S/V DIRECT SAIL

Dates of Service: November 1, 2005 to November 30, 2005

FINAL BILLING

For services rendered to conduct an Appraisal Survey of the above captioned vessel at Fairhaven, MA and prep Case closed.

| Date | Srvyr | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| **APPRAISAL REPORT** | | | | | |
| 11/11/2005 | MLC | 85.00 | 2.00 | $170.00 | Research |
| 11/29/2005 | MLC | 85.00 | 1.50 | $127.50 | |
| | | | 3.50 | $297.50 | |
| **APPRAISAL SURVEY** | | | | | |
| 11/02/2005 | MLC | 85.00 | 3.50 | $297.50 | Fairhaven Shipyard |
| | | | 3.50 | $297.50 | |
| **PREPARE FILE FOR ATTORNEY** | | | | | |
| 11/03/2005 | MWD | 75.00 | 0.50 | $37.50 | |
| | | | 0.50 | $37.50 | |
| | | | 7.50 | $632.50 | |

Total Labor $632.50

| | | |
|---|---|---|
| MILEAGE | 11/02/2005 | 2.50 |
| PHOTOS | 11/30/2005 | 12.00 |

Total Expenses                                                              $14.50

**Invoice Total**                                                           **$647.00**

**NET 30 DAYS**

TAX ID 04-2747901

# TIME4MEDIA

TIME & LIFE BUILDING ROCKEFELLER CENTER NEW YORK, NY 10020

## Original Invoice

| | |
|---|---|
| INVOICE NO. | 10347 |
| DATE: | 03/01 |
| PAYMENT TERMS: | Net 2 |
| DUE DATE: | 03/21 |
| PAGE: | 1 |

PAYABLE TO: YACHTING
REMIT PAYMENT TO:
3822 PAYSPHERE CIRCLE
CHICAGO IL 60674

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL
SUITE 1400
BOSTON MA 02108

Direct Sal
499-00,

ADVERTISER: CLINTON & MUZYKA, P.C.

Currency Stated in: US Doll

| Issue Date | Edition | Space Description | Page | Rate | Net |
|---|---|---|---|---|---|
| 03/01/2006 | NATIONAL | 1/4  4C  BROK NEGOTIATED RATE DISC | 286 | 3,040.00 (1,054.00) | |

Total Due                USD

ALL ADVERTISEMENTS ARE GOVERNED BY THE TERMS
AND CONDITIONS OF THE APPLICABLE RATE CARD



U. S. Department of Justice

United States Marshals Service
*District of Massachusetts*

John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 1-500
Boston, Massachusetts 02210

March 7, 2006

Robert E. Collins
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

**RECEIVED**

MAR 0 3 2006

CLINTON & MUZYKA, P.

Dear Mr. Collins:

Re: S/V "DIRECT SAIL" CV-05-11464-DPW

I am enclosing a current list of the fees covered for the cost of service for Vessel "DIRECT SAIL" CV-05-11464-DPW

| | |
|---|---|
| Initial Deposit | $2,000.00 |
| Seizure fee | -708.55 |
| Vessel Insurance fee for July 05 | - 85.00 |
| Vessel Insurance fee for August 05 | -155.00 |
| Vessel Insurance fee for September 05 | -150.00 |
| Vessel Insurance fee for October 05 | -155.00 |
| Vessel Insurance fee for November 05 | -150.00 |
| Vessel Insurance fee for December 05 | -155.00 |
| Vessel Insurance fee for January 06 | -155.00 |
| Vessel Insurance fee for February 06 | -140.00 |
| **Balance** | **$146.45** |

The marshals shall collect, in advance, sufficient fees to cover the cost of services, a periodically thereafter such amounts as may be necessary to pay such expenses until the litig is concluded.

Please notice that in the S/V "DIRECT SAIL" CV-05-11464-DPW finance account is no sufficient money to pay the fees to cover the cost of services until the litigation is concluded, therefore, the US Marshals Service requires another deposit of $2,000.00

Please make check payable to US Marshals Service at the address above. Thank yo your cooperation and assistance in this matter.

Sincerely,

**The US Marshal will charge the following fees to private litigants for service of Seizure of a Vessel:**

A deposit of $2,000.00 is required to provide the US Marshal with a sufficient advance cover the amount of US Marshals' fees and the following expenses expected to be incurred in executing the process.

1. Service fee- For service of seizing a Vessel, $45.00 per Deputy U.S. Marshal pe hour or portion thereof, plus round-trip mileage.

2. Monthly Admiralty Insurance fee- $5.00 for each day under U.S. Marshal custody, $50.00 minimum premium. This insurance to be obtained is a protection and indemnity type coverage. This insurance covers the U.S. Marsha and the United States only and does not cover anyone else.

3. Publication of Legal Notice in the newspaper- The Newspaper Co. will charge p their line rate.

4. Fee for conducting Sale of Vessel- $45.00 per Deputy U.S. Marshal per hour or portion thereof, plus round-trip mileage. (Public Auction is scheduled Tuesday, Wednesday and Friday).

5. Commission of the total amount of Sale; 3% of the first $1,000.00; 1.5% on the amount in excess of $1,000.00. (USMS is entitled to its commission sold by Public Auction or by credit bid submitted by judgment creditor which constitute "receipt and pay over of money" within the meaning of Federal Civil Judicial Procedure and Admiralty Rule 28 U.S. C.§ 1921.

6. Fee for preparing Bill of sale- $20.00