FAIRHAVEN SHIPYARD, INC.          PAGE # 1
50 Fort Street
Fairhaven, MA 02719
(508) 995-8591
FAX (508) 992-1326

Customer ID : 01474 CLINTON & MUZYK                                Work Order

Address     : CLINTON & MUZYKA P.C.
              ONE WASHINGTON MALL
              BOSTON, MA 02108

Phone    : ( )   -                                       Invoice #   : 923133
Boat ID  : 001469                                        Start Date  : 07/15/05
Boat Make: HINCKLEY                                      Completed   : NO
Boat Name: DIRECT SAIL

----------------------------------------------------------------------------------
Operation                          Date      Part #    Description        Qty   Pri
----------------------------------------------------------------------------------

999    SECURE & CHECK VESSEL DAILY   04/04/05 CHECK VESSEL
                                     04/05/05 CHECK VESSEL
                                     04/10/05 CHECK VESSEL
                                     04/11/05 CHECK VESSEL
                                     04/13/05 CHECK VESSEL
                                     04/14/05 CHECK VESSEL
                                     04/15/05 CHECK VESSEL
                                     04/19/05 CHECK VESSEL
                                     04/20/05 CHECK VESSEL
                                     04/21/05 CHECK VESSEL
                                     04/24/05 CHECK VESSEL
                                     04/25/05 CHECK VESSEL
                                     04/26/05 CHECK VESSEL ON 04-25-05 AND 04-26-05
                                                                              ---------
                                                                         LABOR :

999.1                                04/01/05 - 04/27/05 DOCK   DOCKAGE        2,700.0
                                                                              ---------
                                                                         OTHER : 2,700.0
                                                                              ---------
                                                           TOTAL PARTS & LABOR :    0.0
                                                           TOTAL OTHER & DISC  : 2,700.0

**FAIRHAVEN SHIPYARD, INC.**
50 Fort Street
Fairhaven, MA 02719
(508) 996-8591
FAX (508) 992-1326

Customer ID : 01474 CLINTON & MUZYK                         Work Order

### WORK ORDER PRICE SUMMARY

| | |
|---|---:|
| Total Parts | 0.00 |
| Total Labor | 476.00 |
| Total Other Chgs. | 2,700.00 |
| Misc. Supplies | 0.00 |
| Equipment Charges | 0.00 |
| Freight Charges | 0.00 |
| Mileage Charges | 0.00 |
| Sublet Charges | 0.00 |
| Environ. Charges | 4.76 |
| Other Charges | 0.00 |
| Total Labor Disc | 0.00 |
| Total Parts Disc | 0.00 |
| Total Haul/Launch | 0.00 |
| Total Powerwash | 0.00 |
| Total Laydays | 0.00 |
| Total Electrical | 0.00 |
| Sales Tax | 0.00 |
| | 3,180.76 |

### CHARGE CUSTOMER SUMMARY

| | |
|---|---:|
| Amount Previously Billed | 36,648.69 |
| Payments Received | 0.00 |
| Current Charges | 3,180.76 |
| Total Balance Due | 39,829.45 |

Fairhaven Shipyard & Marina, Inc.
50 Fort Street
Fairhaven, MA 02719
(508) 996 - 8591

CLINTON & MUZYKA P.C.
ONE WASHINGTON MALL
BOSTON, MA 02108

- - - STATEMENT
Acct No.
--------          --
01474             04

DIRECT SAIL

| Date | Invoice | Description | Charges | Payments |
|---|---|---|---|---|
| 10/28/05 | 921112 | 502931 : WO Billing | 16,119.02 | |
| 11/28/05 | 921402 | 502931 : WO Billing | 5,734.80 | |
| 12/16/05 | 921628 | 502931 : WO Billing | 2,110.00 | |
| 12/30/05 | 921763 | 502931 : WO Billing | 1,772.00 | |
| 01/05/06 | 921869 | Late Fee | 241.78 | |
| 01/31/06 | 922087 | 502931 : WO Billing | 3,814.00 | |
| 02/10/06 | 922306 | 502931 : WO Billing | 1,137.36 | |
| 02/28/06 | 922481 | 502931 : WO Billing | 2,106.03 | |
| 03/16/06 | 922707 | 502931 : WO Billing | 2,312.08 | |
| 03/31/06 | 922844 | 502931 : WO Billing | 1,543.40 | |
| 04/05/06 | 922966 | Late Fee | 491.89 | |
| 04/26/06 | 923133 | 502931 : WO Billing | 3,180.76 | |

Current        30 Days        60 Days        90 Days        Am