U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Charles G. Leporini, Ferdinando L. Assini, et al. | 05 - 11464 - MBB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| S/V DIRECT SAIL, Gary Iskra et al. | Sale of Vessel |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, Massachusetts 02108

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sale of vessel pursuant to Order of Court on April 19, 2006
Advertisement to be placed in The Boston Globe on
April 2, 9, 16 — Form of Advertisement provided

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-723-9165
DATE: 3/30/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 3/30/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service    Time    am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 1,104.00 | | | 1,104.00 | | | |

REMARKS: "Notice of Sale" published per court Order
please see attached

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

Ad Number       45TE0160
Client:
ID:             No 05-11464-DPW
Classification: LEGAL NOTICES
Size:           2x48
Begin Date:     04/09/2006
End Date:       04/09/2006

/U S MARSHALL SERVICES/
1 COURTHOUSE WAY
SUITE 500
BOSTON, MA   02210

*To place an ad, please call : 617-929-1500 or email to: classified@globe.com*

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/09/2006 and ending 04/09/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/08/06 6:47 PM

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.
Plaintiffs,
VS.
The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,
Defendants.

**NOTICE OF U.S. MARSHAL'S SALE**

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108 (617) 723-9165.

**TERMS:**

A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the Intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

United States Marshall

| | |
|---|---|
| Ad Number | 3VTE0060 |
| Client: | |
| ID: | No 05-11464-DPW |
| Classification: | LEGAL NOTICES |
| Size: | 2x48 |
| Begin Date: | 04/02/2006 |
| End Date: | 04/02/2006 |

/U S MARSHALL SERVICES/
1 COURTHOUSE WAY
SUITE 500
BOSTON, MA  02210

*To place an ad, please call : 617-929-1500 or  email to: classified@globe.com*

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/02/2006 and ending 04/02/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/01/06 4:24 PM

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.
Plaintiffs,
VS.
The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,
Defendants.

**NOTICE OF U.S. MARSHAL'S SALE**

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108 (617) 723-9165.

**TERMS:**
A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the Intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

United States Marshall

Ad Number      4ATE0070
Client:
ID:            No 05-11464-DPW
Classification: LEGAL NOTICES
Size:          2x48
Begin Date:    04/16/2006
End Date:      04/16/2006

/U S MARSHALL SERVICES/
1 COURTHOUSE WAY
SUITE 500
BOSTON, MA  02210

*To place an ad, please call : 617-929-1500 or  email to: classified@globe.com*

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/16/2006 and ending 04/16/2006, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/15/06 3:16 PM

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CIVIL ACTION**
**NO. 05-11464-DPW**

CHARLES G. LEPORIN, FERDINANDO L. ASSINI, BIL-RAY HOME IMPROVEMENTS AND CONTRACTING CORP. OF BRONX, NEW YORK And BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC.,
Plaintiffs,
vs.
The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
In Rem,
and GARY ISKRA and DEBORAH L. ISKRA
In Personam,
Defendants.

**NOTICE OF U.S. MARSHAL'S SALE**

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108 (617) 723-9165.

**TERMS:**

A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

United States Marshall

# The Boston Globe

Date: 4/5/06        Contact: Nancy Talavera

Company Fax: 617-748-2539


From:   LEGAL NOTICE DEPARTMENT
Phone:  617-929-~~1623~~ 1314
Fax:    617-929-1511
Email:  legals@globe.com

Comments: Cost for legal notice

Sunday April 2, 2006          $ 355.20
        (3.70 per line — 96 lines)

Sunday, April 9, 2006         $ 374.40
        (3.90 per line as of 4/1/06)

Sunday, April 16, 2006        $ 374.40
        (3.90 per line as of 4/1/06)

                Total for 3 weeks   $ 1104.00

Thank you — Teresa F. Conley

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.05-11464-DPW

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails, engines, boilers, tackle, etc.,
    In Rem,

and GARY ISKRA and DEBORAH L. ISKRA
    In Personam,
    Defendants.

### NOTICE OF U.S. MARSHAL'S SALE

By virtue of an order for sale issued out of the above entitled Court dated February 6, 2006, and a Writ of Venditioni Exponas issued pursuant thereto, directed to and commanding me to make sale of S/V DIRECT SAIL, Official Number 983900, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, notice is hereby given that on April 19, 2006 at 10:00 a.m. at the Fairhaven Shipyard, Fairhaven, Massachusetts, the S/V DIRECT SAIL, Official Number 983900, will be sold a public auction as is where is to the highest and best bidder. The vessel may be

2

inspected by contacting Robert E. Collins, Esquire, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, Massachusetts 02108, (617) 723-9165.

**TERMS:**

A deposit of 10% in cash or certified check for the amount bid shall be paid on date of sale, upon condition that the balance of the bid is paid upon confirmation of the sale and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff and the Intervening Plaintiff in this action are authorized to bid any part of their mortgage obligation without making a deposit to secure their bid.

Dated at Boston, this 30 day of March, 2006,

_____
United States Marshall