UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

**CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.**
      **Plaintiffs,**
VS.

**The S/V *"DIRECT SAIL"*, her sails,
engines, boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA,
In Personam,**
      **Defendants,**

**DOLLAR BANK, FEDERAL SAVINGS BANK,**
      **Intervenor.**

## PLAINTIFFS' REVISED MOTION TO DISBURSE FUNDS HELD IN REGISTRY OF COURT

Now come the Plaintiffs, Charles G. Leporin, et. als., in the above-entitled action, by and through their attorney, and respectfully request this Honorable Court to disburse funds held in The Registry of this Honorable Court. This motion is revised from the previous Motion to Disburse Funds, to account for interest because the funds were held in an interest bearing account.

This matter involves the foreclosure sale of the S/V DIRECT SAIL (O.N. 983900). Pursuant to the Order of this Honorable Court, the vessel auction was held on April 19,

2006 and the vessel was purchased by Intervenor Plaintiff, Dollar Bank, Federal Savings Bank for $400,000.00, consisting of a credit bid pursuant to the Order of this Honorable Court. The sale was confirmed by this Honorable Court on April 28, 2006. At the hearing on the confirmation of the sale, Intervenor Plaintiff Dollar Bank deposited into the registry of this Honorable Court the sum of $47,517.24.

Plaintiff, Charles G. Leporin, et. al. prays this Honorable Court for an Order directing that the funds in the registry of the court plus interest be distributed as follows:

    A.    <u>Check payable to "Clinton & Muzyka, P.C. as attorneys for Charles G. Leporin, et. al."</u> . . . . . . . . . . $7,687.79

This amount consists of re-payment for the following items:

    1.    Marshall Fee for arrest and insurance . . . . . . . . . . . . . . . . $ 2,000.00

    2.    Marshall Fee for arrest and Insurance . . . . . . . . . . . . . . . . $ 2,000.00

    3.    Marine Safety Consultants, Inc. for Inventory and survey . . . . . . . . .$   916.79

    4.    Marine Safety Consultants, Inc. for Appraisal Survey . . . . . . . . . . . $   647.00

    5.    Time4Media (advertisement in Yachting)$ 1,976.00

    6.    Soundings Magazine. . . . . . . . . . .$   148.00

      A copy of the invoices for said items was attached to the original Motion for Disbursement of Funds and reference is hereby made to that Motion for the documentary support for the payments.

  B.    <u>Check payable to "Fairhaven Shipyard and Marina, Inc."</u> . . . . . . . . . . . . . . . . . $39,829.45

      This amount constitutes payment for the substitute custodian. A copy of the invoice was attached to the original Motion for Disbursement of Funds and reference is hereby made to that Motion for the documentary support for the amount. The plaintiff notes that the substitute custodian has agreed to discount the late fee, which is noted on the invoice.

  C.    Any additional funds due to interest to be made payable to "Clinton & Muzyka, P.C. as attorney for Charles G. Leporin, et als."

**WHEREFORE**, the plaintiff, Charles G. Leporin, et. als., request this Honorable Court Order the Clerk to issue checks made payable as indicated for distribution from the funds held in The Registry of this Honorable Court.

Respectfully submitted,

**ATTORNEY FOR PLAINTIFF**

**CLINTON & MUZYKA, P.C.**

<u>"/s/ Robert E. Collins"</u>
**Robert E. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:    June 2, 2006