UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11464-MBB

CHARLES G. LEPORIN, FERDINANDO L. ASSINI,
BIL-RAY HOME IMPROVEMENTS
AND CONTRACTING CORP. OF BRONX, NEW YORK
And BIL-RAY ALUMINUM SIDING CORP. OF
QUEENS, INC.
    Plaintiffs,
VS.

The S/V "DIRECT SAIL", her sails,
engines, boilers, tackle, etc., In Rem,
and GARY ISKRA and DEBORAH L. ISKRA,
In Personam,
    Defendants,

DOLLAR BANK, FEDERAL SAVINGS BANK,
    Intervenor.

### PLAINTIFFS' ASSENTED TO MOTION TO DISBURSE FUNDS HELD IN REGISTRY OF COURT AND WITHDRAWL OF REVISED MOTION TO DISBURSE

Now come the Plaintiffs, Charles G. Leporin, et. als., in the above-entitled action, by and through their attorney, and respectfully request this Honorable Court to disburse funds held in The Registry of this Honorable Court. This motion is revised from the previous Motion to Disburse Funds, to account for interest because the funds were held in an interest bearing account. The Motion to Disburse Funds, filed on June 2, 2006 is hereby withdrawn

*[Handwritten in left margin: June 8, 2006. Allowed. Marianne B. Bowler, USMJ]*

and this Assented To Motion To Disburse is filed in replacement thereof.

This matter involves the foreclosure sale of the S/V DIRECT SAIL (O.N. 983900). Pursuant to the Order of this Honorable Court, the vessel auction was held on April 19, 2006 and the vessel was purchased by Intervenor Plaintiff, Dollar Bank, Federal Savings Bank for $400,000.00, consisting of a credit bid pursuant to the Order of this Honorable Court. The sale was confirmed by this Honorable Court on April 28, 2006. At the hearing on the confirmation of the sale, Intervenor Plaintiff Dollar Bank deposited into the registry of this Honorable Court the sum of $47,517.24.

Plaintiff, Charles G. Leporin, et. al. prays this Honorable Court for an Order directing that the funds in the registry of the court plus interest be distributed as follows:

    A.    <u>Check payable to "Clinton & Muzyka, P.C. as attorneys for Charles G. Leporin, et. al."</u> . . . . . . . . . . $7,687.79

This amount consists of re-payment for the following items:

    1.    Marshall Fee for arrest and insurance . . . . . . . . . . . . . . . $ 2,000.00

    2.    Marshall Fee for arrest and Insurance . . . . . . . . . . . . . . . $ 2,000.00

3

3. Marine Safety Consultants, Inc. for
   Inventory and survey . . . . . . . . .$   916.79

4. Marine Safety Consultants, Inc. for
   Appraisal Survey . . . . . . . . . . $   647.00

5. Time4Media (advertisement in Yachting)$ 1,976.00

6. Soundings Magazine. . . . . . . . . . .$   148.00

   A copy of the invoices for said items was
   attached to the original Motion for Disbursement
   of Funds and reference is hereby made to that
   Motion for the documentary support for the
   payments.

B. Check payable to "Fairhaven Shipyard and Marina,
   Inc." . . . . . . . . . . . . . . . . $39,829.45

   This amount constitutes payment for the
   substitute custodian. A copy of the invoice was
   attached to the original Motion for Disbursement
   of Funds and reference is hereby made to that
   Motion for the documentary support for the
   amount. The plaintiff notes that the substitute
   custodian has agreed to discount the late fee,
   which is noted on the invoice.

C. Any additional funds due to interest to be made
   payable to "Clinton & Muzyka, P.C. as attorney
   for Charles G. Leporin, et als."

**WHEREFORE**, the plaintiff, Charles G. Leporin, et. als., request this Honorable Court Order the Clerk to issue checks made payable as indicated for distribution from the funds held in The Registry of this Honorable Court.

4

Respectfully submitted,

**ATTORNEY FOR PLAINTIFF**

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Robert E. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ASSENTED TO:**

"/s/James D. Masterman"
**James D. Masterman**
**Attorney for Defendants**
**BBO NO. 324000**
MASTERMAN, CULBERT & TULLY LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

"/s/Peter D. Bilowz"
**Peter D. Bilowz**
**Attorney for the Intervenor,**
**Dollar Bank, Federal Savings Bank**
**BBO NO. 651383**
GOULSTON & STORRS, P.C.
400 Atlantic Ave.
Boston, MA 02110
(617) 482-1776

Dated:   June 5, 2006